B1 (Official Form 1 (04/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The SCOOTER Store Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**27-4727246** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1650 Independence Drive**<br>**New Braunfels, Texas**<br>ZIP CODE **78132** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Comal** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above).<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the<br>Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding or against debtor is pending

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.
☒ Debts are primarily business debts.

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C a small business debtor as defined in 11 U.S.C. § 1126(b) |

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**The SCOOTER Store Holdings, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>**See Attachment A** | Case Number: | Date Filed; |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)           (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                    _____<br>
                    (Name of landlord that obtained judgment)

                    _____<br>
                    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**The SCOOTER Store Holdings, Inc.** |
|---|---|

## Signatures

<table>
<tr>
<th>Signature(s) of Debtor(s) (Individual/Joint)</th>
<th>Signature of a Foreign Representative</th>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (if not represented by attorney)

_____
    Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

X _____
    (Printed Name of Foreign Representative)

_____
    Date

</td>
</tr>
<tr>
<th>Signature of Attorney*</th>
<th>Signature of Non-Attorney Bankruptcy Petition Preparer</th>
</tr>
<tr>
<td>

X   /s/ Robert S. Brady
    **Signature of Attorney for Debtor(s)**

**Robert S. Brady (No. 2847)**
**Michael R. Nestor (No. 3526)**
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
**Rodney Square**
**1000 N. King Street**
**Wilmington, DE 19801**
**(302) 571-6600**

**April 15, 2013**
**Date**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
    Signature

_____
Date

</td>
</tr>
<tr>
<th>Signature of Debtor (Corporation/Partnership)</th>
<td rowspan="1">

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Charles Lowrey
    **Charles Lowrey**
    **Title: Authorized Representative**

**April 15, 2013**
**Date**

</td>
</tr>
</table>

## SECRETARY'S CERTIFICATE

I, Jason Cone, hereby certify that I am the Secretary of The SCOOTER Store Holdings, Inc., a Delaware corporation (the "Company"), and that, as such, I am authorized to execute and deliver this Secretary's Certificate on behalf of the Company, and do hereby further certify that attached hereto as **Exhibit A** is a true, correct and complete copy of the resolutions adopted by the Board of Directors of the Company authorizing certain matters in connection with the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code. Such resolutions have not been revoked, modified, amended or rescinded since their adoption, are in full force and effect as of the date hereof, and are the only resolutions adopted by the Board of Directors of the Company with respect to the subject matter thereof.

IN WITNESS WHEREOF, I have executed this Secretary's Certificate on this 12th day of April 2013.

By: _____
    Jason Cone
    Secretary

## EXHIBIT A

## RESOLUTIONS

**Bankruptcy Resolutions**

**WHEREAS**, it has been proposed that each of The SCOOTER Store Holdings, Inc. (the "Company") and all of its direct and indirect subsidiaries, each of which is listed on Schedule 1 attached hereto (collectively, the "Subsidiaries"), seek relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, it has also been proposed that the Company and the Subsidiaries negotiate and enter into that certain Debtor in Possession Loan and Security Agreement (the "Loan and Security Agreement") subsequent to the filing of the Petition (as defined below) and in all respects subject to applicable bankruptcy court orders, by and among the Borrowers, Lenders and Crystal Financial LLC, as Agent (each as defined therein), whereby, among other things, Lenders agree to make certain loans and advances and to provide other financial and credit accommodations to the Company and the Subsidiaries following the filing of the voluntary petitions under the Bankruptcy Code by each of the Company and the Subsidiaries;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board of Directors of the Company (the "Board"), it is desirable and in the best interest of the Company, its creditors, its equity holders and other interested parties, that the Company be, and it hereby is, authorized, empowered, and directed to file or cause to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), at such time as it is deemed necessary by the appropriate officers of the Company, a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition") and all other documents, papers and pleadings necessary or appropriate to effectuate the Petition and any and all other documents, papers and pleadings necessary or appropriate in connection with the Chapter 11 cases of the Company and the Subsidiaries; and

**FURTHER RESOLVED**, that the President & Chief Executive Officer, Treasurer & Chief Financial Officer, General Counsel & Secretary, Assistant Secretary or Chief Restructuring Officer of the Company (each, an "Authorized Officer", and collectively, the "Authorized Officers") be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed (i) to execute and verify the Petition and any other documents, papers and pleadings necessary or appropriate to effectuate the Petition and any and all other documents, papers and pleadings necessary or appropriate in connection with the Chapter 11 cases of the Company and the Subsidiaries and to cause the Petition and any other documents, papers and pleadings necessary or appropriate to effectuate the Petition and any and all other documents, papers and pleadings necessary or appropriate in connection with the Chapter 11 cases of the Company and the Subsidiaries to be filed with the Bankruptcy Court and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary, in the discretion of the Authorized Officers, to effect any of the foregoing; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, objections, responses, applications, and other papers and documents necessary or desirable in connection with the Chapter 11 cases of the Company and the Subsidiaries; and

**FURTHER RESOLVED**, that the Company, as debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code, is authorized to incur post-petition indebtedness under the Loan and Security Agreement and the form, terms and provisions of the Loan and Security Agreement and the other Loan Documents (as defined in the Loan and Security Agreement) be, and they hereby are, approved, ratified and confirmed, and the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed to execute, deliver, and perform the Loan and Security Agreement and the other Loan Documents, in the name and on behalf of the Company, with such changes therein and additions and amendments thereto and to any other documents related to or described in the Loan and Security Agreement and the other Loan Documents as such Authorized Officer or Authorized Officers shall approve, such Authorized Officer's or Authorized Officers' delivery thereof to be conclusive evidence of such approval and approval of the Board; and

**FURTHER RESOLVED**, that the Company be, and it hereby is, authorized, empowered, and directed to perform its obligations under the Loan and Security Agreement and other Loan Documents, including, without limitation, the granting of liens on all of its assets and obligations in respect of the joint and several liability of the Company with the other Borrowers thereunder (and any and all prior grants are hereby reaffirmed in all respects) and paying such fees or amounts as are required under the Loan and Security Agreement and any fee letter(s); and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed to prepare, execute and deliver, in the name and on behalf of the Company, such documents, letters, certificates, and other written instruments as may be necessary or appropriate in connection with the Company's execution, delivery, and performance of the Loan and Security Agreement and the other Loan Documents and any other documents related thereto or described therein; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to retain the law firms of Morgan, Lewis & Bockius LLP ("Morgan Lewis") and Young Conaway Stargatt & Taylor, LLP ("Young Conaway") as bankruptcy counsel to render legal services to, and to represent, the Company in connection with such proceedings and all other related matters in connection therewith, on such terms as the Authorized Officers, and such other officers as they shall from time to time designate shall approve; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to retain the firm of Epiq Bankruptcy Solutions, LLC ("Epiq") as notice and

claims agent and administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with such proceedings and all other related matters in connection therewith, on such terms as the Authorized Officers, and such other officers as they shall from time to time designate shall approve; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to retain Morgan Joseph TriArtisan, LLC ("Morgan Joseph") and AlixPartners LLC ("AlixPartners" and together with Morgan Lewis, Young Conaway, Epiq and Morgan Joseph, the "Professionals") to render financial and restructuring advice and services to, and to represent, the Company in connection with such proceedings and all other related matters in connection therewith, on such terms as the Authorized Officers, and such other officers as they shall from time to time designate shall approve; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to retain on behalf of the Company any additional counsel, accountants, and other advisors as the Authorized Officers, or any of them, may deem appropriate; and

**FURTHER RESOLVED**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized and directed to take or cause to be taken any and all such further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses, costs, fees, or taxes, in each case, as in his or their judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any director or officer of the Company or any of the Professionals in connection with the Loan and Security Agreement, the other Loan Documents, the reorganization or liquidation of the Company or any matter related thereto, or by virtue of these resolutions be, and they hereby are, in all respects ratified, confirmed and approved; and

**FURTHER RESOLVED**, the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them acting alone hereby is, authorized with full power of delegations, for and in the name and on behalf of the Company, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and

**FURTHER RESOLVED**, that any and all actions of any officer or director of the Company taken prior to the date hereof to carry out the purposes of the foregoing resolutions be, and they hereby are, ratified, approved, and confirmed in all respects.

## General Resolutions

**FURTHER RESOLVED**, that the officers of the Company be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to make all such arrangements, to do and perform all such acts and things, and to execute and deliver

all such officers' certificates and such other instruments and documents as they may deem appropriate in order to effectuate fully the purpose and intent of each and all of the foregoing resolutions, and that any and all actions taken heretofore and hereafter to accomplish such purposes and intents, all or singular, be, and they hereby are, approved, ratified, and confirmed.

********

**SCHEDULE I**
**Subsidiaries**

The SCOOTER Store – Albuquerque, L.L.C.
The SCOOTER Store – Atlanta, L.L.C.
The SCOOTER Store–Austin, LTD.
The SCOOTER Store – Baltimore, L.L.C.
The SCOOTER Store – Baton Rouge, L.L.C.
The SCOOTER Store – Birmingham, L.L.C.
The SCOOTER Store– Boca Raton, L.L.C.
The SCOOTER Store – Boston, L.L.C.
The SCOOTER Store – Charleston, L.L.C.
The SCOOTER Store – Charlotte, L.L.C.
The SCOOTER Store–Chicago, L.L.C.
The SCOOTER Store – Concord, L.L.C.
The SCOOTER Store–Dallas, LTD.
The SCOOTER Store – Dayton, L.L.C.
The SCOOTER Store – Denver, L.L.C.
The SCOOTER Store – Des Moines, L.L.C.
The SCOOTER Store–Detroit, L.L.C.
The SCOOTER Store–Grand Rapids, L.L.C.
The SCOOTER Store – Green Bay, L.L.C.
The SCOOTER Store – Greenville, L.L.C.
The SCOOTER Store – Hartford, L.L.C.
The SCOOTER Store–Houston, LTD.
The SCOOTER Store – Indianapolis, L.L.C.
The SCOOTER Store – Jackson, L.L.C.
The SCOOTER Store – Jacksonville, L.L.C.
The SCOOTER Store – Kansas City, L.L.C.
The SCOOTER Store – Knoxville, L.L.C.
The SCOOTER Store – Las Vegas, L.L.C.
The SCOOTER Store – Levittown, L.L.C.
The SCOOTER Store – Lincoln, L.L.C.
The SCOOTER Store – Little Rock, L.L.C.
The SCOOTER Store – Los Angeles, L.L.C.
The SCOOTER Store – Louisville, L.L.C.
The SCOOTER Store–Lubbock, LTD.
The SCOOTER Store–Madison, L.L.C.
The SCOOTER Store – Minneapolis, L.L.C.
The SCOOTER Store – Mobile, L.L.C.
The SCOOTER Store – Nashville, L.L.C.
The SCOOTER Store – Oklahoma City, L.L.C.
The SCOOTER Store – Orlando, L.L.C.
The SCOOTER Store – Paterson, L.L.C.
The SCOOTER Store – Philadelphia, L.L.C.
The SCOOTER Store – Phoenix, L.L.C.

The SCOOTER Store – Pittsburgh, L.L.C.
The SCOOTER Store – Portland, L.L.C.
The SCOOTER Store–Raleigh Durham, L.L.C.
The SCOOTER Store – Richmond, L.L.C.
The SCOOTER Store – Rochester, L.L.C.
The SCOOTER Store – Sacramento, L.L.C.
The SCOOTER Store – Salt Lake City, L.L.C.
The SCOOTER Store–San Antonio, LTD.
The SCOOTER Store – San Diego, L.L.C.
The SCOOTER Store – San Francisco, L.L.C.
The SCOOTER Store – Schenectady, L.L.C.
The SCOOTER Store – Seattle, L.L.C.
The SCOOTER Store – Shreveport, L.L.C.
The SCOOTER Store–Springfield, L.L.C.
The SCOOTER Store – St. Louis, L.L.C.
The SCOOTER Store–Toledo, L.L.C.
The SCOOTER Store – Tulsa, L.L.C.
The SCOOTER Store – West Virginia, L.L.C.
The SCOOTER Store – Wichita, L.L.C.
The SCOOTER Store – Wilkes-Barre, L.L.C.
The SCOOTER Store, Inc.
The SCOOTER Store–USA, Inc.
The SCOOTER Store – Development, LLC
The SCOOTER Store Financial Services, L.L.C.
The SCOOTER Store Aviation, L.L.C.
TSS Management Company, Inc.
TSS Investments, Inc.
The Scooter Store, LTD.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
THE SCOOTER STORE HOLDINGS, INC., et al.,¹      :   Case No. 13-_____ (___)
                                                :
            Debtors.                            :   Joint Administration Requested
                                                :
                                                :
                                                :
------------------------------------------------------------------ x
```

---

1    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: The SCOOTER Store Holdings, Inc. (7246); The SCOOTER Store – Albuquerque, L.L.C. (3265); The SCOOTER Store – Atlanta, L.L.C. (9883); The SCOOTER Store–Austin, LTD. (4716); The SCOOTER Store – Baltimore, L.L.C. (9884); The SCOOTER Store – Baton Rouge, L.L.C. (9886);  The SCOOTER Store – Birmingham, L.L.C. (9887); The SCOOTER Store– Boca Raton, L.L.C. (9889); The SCOOTER Store – Boston, L.L.C. (9893); The SCOOTER Store – Charleston, L.L.C. (9894); The SCOOTER Store – Charlotte, L.L.C. (9902); The SCOOTER Store–Chicago, L.L.C. (2368); The SCOOTER Store – Concord, L.L.C. (9906); The SCOOTER Store–Dallas, LTD. (4717); The SCOOTER Store – Dayton, L.L.C. (8678); The SCOOTER Store – Denver, L.L.C. (9909); The SCOOTER Store – Des Moines, L.L.C. (1260); The SCOOTER Store–Detroit, L.L.C. (2358); The SCOOTER Store–Grand Rapids, L.L.C. (1291); The SCOOTER Store – Green Bay, L.L.C. (1832); The SCOOTER Store – Greenville, L.L.C. (9911); The SCOOTER Store – Hartford, L.L.C. (9912); The SCOOTER Store–Houston, LTD. (4718); The SCOOTER Store – Indianapolis, L.L.C. (8684); The SCOOTER Store – Jackson, L.L.C. (9914); The SCOOTER Store – Jacksonville, L.L.C. (9916); The SCOOTER Store – Kansas City, L.L.C. (8655); The SCOOTER Store – Knoxville, L.L.C. (9921); The SCOOTER Store – Las Vegas, L.L.C. (0038); The SCOOTER Store – Levittown, L.L.C. (9926); The SCOOTER Store – Lincoln, L.L.C. (N/A); The SCOOTER Store – Little Rock, L.L.C. (6425); The SCOOTER Store – Los Angeles, L.L.C. (1294); The SCOOTER Store – Louisville, L.L.C. (9930); The SCOOTER Store–Lubbock, LTD. (4720); The SCOOTER Store–Madison, L.L.C. (1829); The SCOOTER Store – Minneapolis, L.L.C. (9932); The SCOOTER Store – Mobile, L.L.C. (1466); The SCOOTER Store – Nashville, L.L.C. (9939); The SCOOTER Store – Oklahoma City, L.L.C. (6430); The SCOOTER Store – Orlando, L.L.C. (9943); The SCOOTER Store – Paterson, L.L.C. (9949); The SCOOTER Store – Philadelphia, L.L.C. (9945); The SCOOTER Store – Phoenix, L.L.C. (9950); The SCOOTER Store – Pittsburgh, L.L.C. (9952); The SCOOTER Store – Portland, L.L.C. (1922); The SCOOTER Store–Raleigh Durham, L.L.C. (6134); The SCOOTER Store – Richmond, L.L.C. (8676); The SCOOTER Store – Rochester, L.L.C. (9954); The SCOOTER Store – Sacramento, L.L.C. (1298); The SCOOTER Store – Salt Lake City, L.L.C. (1921); The SCOOTER Store–San Antonio, LTD. (4724); The SCOOTER Store – San Diego, L.L.C. (1296); The SCOOTER Store – San Francisco, L.L.C. (1293); The SCOOTER Store – Schenectady, L.L.C. (9958); The SCOOTER Store – Seattle, L.L.C. (1918); The SCOOTER Store – Shreveport, L.L.C. (9961); The SCOOTER Store–Springfield, L.L.C. (1834); The SCOOTER Store – St. Louis, L.L.C. (6975); The SCOOTER Store–Toledo, L.L.C. (8681); The SCOOTER Store – Tulsa, L.L.C. (6436); The SCOOTER Store – West Virginia, L.L.C. (8672); The SCOOTER Store – Wichita, L.L.C. (N/A); The SCOOTER Store – Wilkes-Barre, L.L.C. (9962); The SCOOTER Store, Inc. (7905); The SCOOTER Store–USA, Inc. (0608); The SCOOTER Store – Development, L.L.C. (5073); The SCOOTER Store Financial Services, L.L.C. (5481); The SCOOTER Store Aviation, L.L.C. (7185); TSS Management Company, Inc. (4241); TSS Investments, Inc. (4242); and The Scooter Store, LTD. (0039).  The Debtors' mailing address is 1650 Independence Drive, New Braunfels, Texas 78132.

**DEBTORS' CONSOLIDATED CORPORATE OWNERSHIP
STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3)
AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the debtors and debtors in possession in the above-captioned cases (each a "Debtor" and, collectively, the "Debtors"), hereby state as follows:

1.    Debtor The SCOOTER Store Holdings, Inc. owns, either directly or indirectly through other Debtors, 100% of the outstanding equity interests in each of the other Debtors.

2.    The following persons hold equity interests in The SCOOTER Store Holdings, Inc., as set forth below:

| Holder | Number/Class | % of Ownership |
| --- | --- | --- |
| Sun Scooter Store, LP<br>5200 Town Center Circle, Suite 600<br>Boca Raton, Florida 33486 | 1 Class A Share and 1,009,800 Warrants for Common Stock | 66.82% |
| The SCOOTER Store Employee Stock Ownership Plan<br>1650 Independence Drive<br>New Braunfels, TX 78132 | 405,317 Shares of Common Stock | 13.48% |
| Douglas Harrison<br>1650 Independence Drive<br>New Braunfels, TX 78132 | 550,000 Shares of Common Stock and 81,000 Common Stock Options | 18.29% |
| Otto Harrison<br>1650 Independence Drive<br>New Braunfels, TX 78132 | $42,500 Shares of Common Stock | 1.41% |
| Michelle White<br>1650 Independence Drive<br>New Braunfels, TX 78132 | 8 Shares of Common Stock | Less than 1% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
THE SCOOTER STORE HOLDINGS, INC., et al.,¹                      :   Case No. 13-_____ (___)
                                                                :
                    Debtors.                                     :   Joint Administration Requested
                                                                :
                                                                :
                                                                :
                                                                :
---------------------------------------------------------------- x
```

---

1       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: The SCOOTER Store Holdings, Inc. (7246); The SCOOTER Store – Albuquerque, L.L.C. (3265); The SCOOTER Store – Atlanta, L.L.C. (9883); The SCOOTER Store–Austin, LTD. (4716); The SCOOTER Store – Baltimore, L.L.C. (9884); The SCOOTER Store – Baton Rouge, L.L.C. (9886);  The SCOOTER Store – Birmingham, L.L.C. (9887); The SCOOTER Store– Boca Raton, L.L.C. (9889); The SCOOTER Store – Boston, L.L.C. (9893); The SCOOTER Store – Charleston, L.L.C. (9894); The SCOOTER Store – Charlotte, L.L.C. (9902); The SCOOTER Store–Chicago, L.L.C. (2368); The SCOOTER Store – Concord, L.L.C. (9906); The SCOOTER Store–Dallas, LTD. (4717); The SCOOTER Store – Dayton, L.L.C. (8678); The SCOOTER Store – Denver, L.L.C. (9909); The SCOOTER Store – Des Moines, L.L.C. (1260); The SCOOTER Store–Detroit, L.L.C. (2358); The SCOOTER Store–Grand Rapids, L.L.C. (1291); The SCOOTER Store – Green Bay, L.L.C. (1832); The SCOOTER Store – Greenville, L.L.C. (9911); The SCOOTER Store – Hartford, L.L.C. (9912); The SCOOTER Store–Houston, LTD. (4718); The SCOOTER Store–Indianapolis, L.L.C. (8684); The SCOOTER Store – Jackson, L.L.C. (9914); The SCOOTER Store – Jacksonville, L.L.C. (9916); The SCOOTER Store – Kansas City, L.L.C. (8655); The SCOOTER Store – Knoxville, L.L.C. (9921); The SCOOTER Store – Las Vegas, L.L.C. (0038); The SCOOTER Store – Levittown, L.L.C. (9926); The SCOOTER Store – Lincoln, L.L.C. (N/A); The SCOOTER Store – Little Rock, L.L.C. (6425); The SCOOTER Store – Los Angeles, L.L.C. (1294); The SCOOTER Store – Louisville, L.L.C. (9930); The SCOOTER Store–Lubbock, LTD. (4720); The SCOOTER Store–Madison, L.L.C. (1829); The SCOOTER Store – Minneapolis, L.L.C. (9932); The SCOOTER Store – Mobile, L.L.C. (1466); The SCOOTER Store – Nashville, L.L.C. (9939); The SCOOTER Store – Oklahoma City, L.L.C. (6430); The SCOOTER Store – Orlando, L.L.C. (9943); The SCOOTER Store – Paterson, L.L.C. (9949); The SCOOTER Store – Philadelphia, L.L.C. (9945); The SCOOTER Store – Phoenix, L.L.C. (9950); The SCOOTER Store – Pittsburgh, L.L.C. (9952); The SCOOTER Store – Portland, L.L.C. (1922); The SCOOTER Store–Raleigh Durham, L.L.C. (6134); The SCOOTER Store – Richmond, L.L.C. (8676); The SCOOTER Store – Rochester, L.L.C. (9954); The SCOOTER Store – Sacramento, L.L.C. (1298); The SCOOTER Store – Salt Lake City, L.L.C. (1921); The SCOOTER Store– San Antonio, LTD. (4724); The SCOOTER Store – San Diego, L.L.C. (1296); The SCOOTER Store – San Francisco, L.L.C. (1293); The SCOOTER Store – Schenectady, L.L.C. (9958); The SCOOTER Store – Seattle, L.L.C. (1918); The SCOOTER Store – Shreveport, L.L.C. (9961); The SCOOTER Store–Springfield, L.L.C. (1834); The SCOOTER Store – St. Louis, L.L.C. (6975); The SCOOTER Store–Toledo, L.L.C. (8681); The SCOOTER Store – Tulsa, L.L.C. (6436); The SCOOTER Store – West Virginia, L.L.C. (8672); The SCOOTER Store – Wichita, L.L.C. (N/A); The SCOOTER Store – Wilkes-Barre, L.L.C. (9962); The SCOOTER Store, Inc. (7905); The SCOOTER Store–USA, Inc. (0608); The SCOOTER Store – Development, L.L.C. (5073); The SCOOTER Store Financial Services, L.L.C. (5481); The SCOOTER Store Aviation, L.L.C. (7185); TSS Management Company, Inc. (4241); TSS Investments, Inc. (4242); and The Scooter Store, LTD. (0039).  The Debtors' mailing address is 1650 Independence Drive, New Braunfels, Texas 78132.

**DECLARATION CONCERNING DEBTORS' CONSOLIDATED CORPORATE
OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3)
AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, Charles Lowrey, Authorized Representative of the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Debtors' Consolidated Corporate Ownership Statement Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure* submitted herewith, and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated:    April 15, 2013

/s/ *Charles Lowrey*
Charles Lowrey
Authorized Representative

On Behalf of the Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:                                :   Chapter 11

THE SCOOTER STORE HOLDINGS, INC., *et al.*,[1]   :   Case No. 13-_____ (__)

                                :

         Debtors.                  :   Joint Administration Requested

                                :

-------------------------------------------------------------------- x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: The SCOOTER Store Holdings, Inc. (7246); The SCOOTER Store – Albuquerque, L.L.C. (3265); The SCOOTER Store – Atlanta, L.L.C. (9883); The SCOOTER Store–Austin, LTD. (4716); The SCOOTER Store – Baltimore, L.L.C. (9884); The SCOOTER Store – Baton Rouge, L.L.C. (9886); The SCOOTER Store – Birmingham, L.L.C. (9887); The SCOOTER Store– Boca Raton, L.L.C. (9889); The SCOOTER Store – Boston, L.L.C. (9893); The SCOOTER Store – Charleston, L.L.C. (9894); The SCOOTER Store – Charlotte, L.L.C. (9902); The SCOOTER Store–Chicago, L.L.C. (2368); The SCOOTER Store – Concord, L.L.C. (9906); The SCOOTER Store–Dallas, LTD. (4717); The SCOOTER Store – Dayton, L.L.C. (8678); The SCOOTER Store – Denver, L.L.C. (9909); The SCOOTER Store – Des Moines, L.L.C. (1260); The SCOOTER Store–Detroit, L.L.C. (2358); The SCOOTER Store–Grand Rapids, L.L.C. (1291); The SCOOTER Store – Green Bay, L.L.C. (1832); The SCOOTER Store – Greenville, L.L.C. (9911); The SCOOTER Store – Hartford, L.L.C. (9912); The SCOOTER Store–Houston, LTD. (4718); The SCOOTER Store – Indianapolis, L.L.C. (8684); The SCOOTER Store – Jackson, L.L.C. (9914); The SCOOTER Store – Jacksonville, L.L.C. (9916); The SCOOTER Store – Kansas City, L.L.C. (8655); The SCOOTER Store – Knoxville, L.L.C. (9921); The SCOOTER Store – Las Vegas, L.L.C. (0038); The SCOOTER Store – Levittown, L.L.C. (9926); The SCOOTER Store – Lincoln, L.L.C. (N/A); The SCOOTER Store – Little Rock, L.L.C. (6425); The SCOOTER Store – Los Angeles, L.L.C. (1294); The SCOOTER Store – Louisville, L.L.C. (9930); The SCOOTER Store–Lubbock, LTD. (4720); The SCOOTER Store–Madison, L.L.C. (1829); The SCOOTER Store – Minneapolis, L.L.C. (9932); The SCOOTER Store – Mobile, L.L.C. (1466); The SCOOTER Store – Nashville, L.L.C. (9939); The SCOOTER Store – Oklahoma City, L.L.C. (6430); The SCOOTER Store – Orlando, L.L.C. (9943); The SCOOTER Store – Paterson, L.L.C. (9949); The SCOOTER Store – Philadelphia, L.L.C. (9945); The SCOOTER Store – Phoenix, L.L.C. (9950); The SCOOTER Store – Pittsburgh, L.L.C. (9952); The SCOOTER Store – Portland, L.L.C. (1922); The SCOOTER Store–Raleigh Durham, L.L.C. (6134); The SCOOTER Store – Richmond, L.L.C. (8676); The SCOOTER Store – Rochester, L.L.C. (9954); The SCOOTER Store – Sacramento, L.L.C. (1298); The SCOOTER Store – Salt Lake City, L.L.C. (1921); The SCOOTER Store– San Antonio, LTD. (4724); The SCOOTER Store – San Diego, L.L.C. (1296); The SCOOTER Store – San Francisco, L.L.C. (1293); The SCOOTER Store – Schenectady, L.L.C. (9958); The SCOOTER Store – Seattle, L.L.C. (1918); The SCOOTER Store – Shreveport, L.L.C. (9961); The SCOOTER Store–Springfield, L.L.C. (1834); The SCOOTER Store – St. Louis, L.L.C. (6975); The SCOOTER Store–Toledo, L.L.C. (8681); The SCOOTER Store – Tulsa, L.L.C. (6436); The SCOOTER Store – West Virginia, L.L.C. (8672); The SCOOTER Store – Wichita, L.L.C. (N/A); The SCOOTER Store – Wilkes-Barre, L.L.C. (9962); The SCOOTER Store, Inc. (7905); The SCOOTER Store–USA, Inc. (0608); The SCOOTER Store – Development, L.L.C. (5073); The SCOOTER Store Financial Services, L.L.C. (5481); The SCOOTER Store Aviation, L.L.C. (7185); TSS Management Company, Inc. (4241); TSS Investments, Inc. (4242); and The Scooter Store, LTD. (0039). The Debtors' mailing address is 1650 Independence Drive, New Braunfels, Texas 78132.

1

The SCOOTER Store Holdings, Inc. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors," and each individually, a "Debtor"), filed voluntary petitions in this Court for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. This list of creditors holding the thirty (30) largest unsecured claims (the "Top 30 List") has been prepared on a consolidated basis, from the Debtors' books and records as of April 12, 2013. The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The Top 30 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) creditors who assert that their claims are secured by the assets of one or more of the Debtors. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation the failure of the Debtors to list any claim as contingent, unliquidated, disputed or subject to a setoff does not constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization and/or amount of any claim. The Debtors' rights with respect to all claims are hereby reserved.

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim |
|---|---|---|---|---|
| 1 | CENTERS FOR MEDICARE AND MEDICAID SERVICES (CMS) | CENTER FOR MEDICARE AND MEDICAID SERVICES (CMS)<br>7500 Security Boulevard<br>Baltimore, MD 21244<br>Attn: Deborah Taylor<br>Tel.: 410-786-5448<br>Deborah.taylor@cms.hhs.gov | Unliquidated | $19,500.000.00 |
| 2 | PRIDE MOBILITY PRODUCTS | PRIDE MOBILITY PRODUCTS<br>182 Susquehanna Avenue<br>Exeter, PA 18643<br>Tel.: 800-800-8586 x 1165<br>Fax.: 800-800-1636 | | $15,910,141.90 |
| 3 | SHOPRIDER MOBILITY PRODUCTS, INC. | SHOPRIDER MOBILITY PRODUCTS, INC.<br>21184 Figueroa Street<br>Carson, CA 90745<br>Tel.: 310-328-8866<br>Fax: 310-328-8185 | | $7,973,870.00 |
| 4 | A. EICOFF & CO. | A. EICOFF & CO.<br>401 North Michigan Avenue<br>Attn: Al Williamson<br>Chicago, IL 60611<br>Tel.: 312-527-7138<br>Fax: 312-527-0458 | | $3,982,032.00 |

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim |
|---|---|---|---|---|
| 5 | BANK OF AMERICA | BANK OF AMERICA<br>PO Box 60073<br>City of Industry, CA 91716<br>Tel.: 214-209-1701<br>Edna.a.mitchell@bankofamerica.com | | $1,497,305.00 |
| 6 | NEW BRAUNFELS INDUSTRIAL DEVELOPMENT CORPORATION (NBIDC) | NEW BRAUNFELS INDUSTRIAL DEVELOPMENT CORPORATION (NBIDC)<br>901 Main Street, 66th Floor<br>Dallas, TX 75202<br>Tel.: 830-221-4284<br>vacevedo@nbtexas.org | Unliquidated | $1,353,551.00 |
| 7 | HARMAR MOBILITY | HARMAR MOBILITY<br>2075-47th Street<br>Sarasota, FL 34234<br>Tel.: 941-308-7314<br>Fax: 866-234-5680 | | $1,205,587.00 |
| 8 | SUNRISE MEDICAL | SUNRISE MEDICAL<br>Wachovia Bank<br>Lock Box #933056 3585<br>Hapeville, GA 30354<br>Tel.: 847-367-7301<br>Fax: 800-300-7502 | | $1,043,255.00 |

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim |
|---|---|---|---|---|
| 9 | MICROSOFT LICENSING, GP | MICROSOFT LICENSING, GP<br>PO Box 405874<br>Atlanta, GA 30384<br>Tel.: 866-922-5136<br>rickhan@microsoft.com | Contingent, Unliquidated | $701,771.00 |
| 10 | AMERICAN EXPRESS | AMERICAN EXPRESS<br>PO Box 650448<br>Dallas, TX 75265<br>Tel.: 866-585-2639<br>Fax: 212-640-0404 | | $566,455.85 |
| 11 | GO LOCAL, LLC | GO LOCAL, LLC<br>PO Box 15<br>McNeil, TX 78651<br>Tel.: 512-238-8402<br>John.jordan@golocalinteractive.com | | $563,746.00 |
| 12 | GOOGLE ADWORDS | GOOGLE ADWORDS<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>Tel.: 650-253-0000<br>teresafok@google.com | | $500,188.00 |

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim |
|---|---|---|---|---|
| 13 | BAIN & COMPANY | BAIN & COMPANY<br>Bank of America<br>PO Box 11321<br>Boston, MA 02211<br>Tel.: 972-869-2929<br>Fax: 617-572-2427 | | $485,221.00 |
| 14 | AEROTEK PROFESSIONAL CRED CRD | AEROTEK PROFESSIONAL CRED CRD<br>3689 Collection Center Drive<br>Chicago, IL 60693<br>Tel.: 410-694-5050<br>Fax: 312-601-8590 | | $421,882.00 |
| 15 | RR DONNELLEY | RR DONNELLEY<br>PO Box  730216<br>Dallas, TX 75373<br>Tel.: 312-326-6892<br>Dan.pevonka@rrd.com | | $330,106.00 |
| 16 | UNIVERSAL POWER GROUP | UNIVERSAL POWER GROUP<br>PO Box 670725<br>Dallas, TX 75267<br>Tel.: 469-892-1137<br>kortkampe@upgi.com | | $ 278,458.00 |

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim |
|---|---|---|---|---|
| 17 | WHEELS INC. | WHEELS INC.<br>PO Box 96336<br>Chicago, IL 60693<br>Tel.: 847-699-7000<br>Fax: 847-699-6494 | | $269,016.00 |
| 18 | I-BEHAVIOR, INC. | I-BEHAVIOR, INC.<br>Wells Fargo Lockbox<br>PO Box 209028<br>Dallas, TX 75395<br>Tel.: 303-228-5000<br>Fax: 303-926-1367 | | $208,706.00 |
| 19 | YAHOO, INC. | YAHOO, INC.<br>PO Box 89-4147<br>Los Angeles, CA 90189<br>Tel.: 818-524-3000<br>Fax: 408-349-3301 | | $206,943.00 |
| 20 | CENVEO | CENVEO<br>PO Box 802035<br>Chicago, IL 60680<br>Tel.: 937-498-2194 Ext. 2640<br>Fax: 773-267-2440 | | $203,131.00 |

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim |
|---|---|---|---|---|
| 21 | SUN CAPITAL PARTNERS MANAGEMENT V, LLC. | SUN CAPITAL PARTNERS MANAGEMENT V, LLC<br>5200 Town Center Circle<br>Suite 600<br>Boca Raton, FL 33486<br>Tel.: NA<br>Fax: 561-394-0540 | | $199,597.00 |
| 22 | DRIVE MEDICAL DESIGN & MANUFACTURING | DRIVE MEDICAL DESIGN & MANUFACTURING<br>99 Seaview Blvd.<br>Port Washington, NY 11050<br>Tel: 516-998-4600<br>Fax: 516-998-4601 | | $197,171.00 |
| 23 | EPISILON DATA MGMT | EPISILON DATA MGMT<br>L-2751<br>Columbus, OH 43260<br>Tel.: 972-582-9600<br>Fax: 513-248-2672 | | $183,263.00 |
| 24 | AMYLIOR, INC. | AMYLIOR, INC.<br>1650 rue Chicoine<br>Vaudreuil-Dorion, Quebec<br>Canada J7V 8P2<br>Tel.: 450-424-7111<br>Fax: 450-424-7211 | | $172,780.00 |

01:13524908.1

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim |
|---|---|---|---|---|
| 25 | DIRECT AGENTS, INC. | DIRECT AGENTS, INC.<br>740 Broadway, Suite 701<br>New York, NY 10003<br>Tel.: 212-925-6558 Ext. 129<br>Sadie@directagents.com | | $132,590.00 |
| 26 | THE COMFORT COMPANY, INC. | THE COMFORT COMPANY, INC.<br>509 S. 22nd Avenue<br>Bozeman, MT 59718<br>Tel.: 909-525-4220<br>Fax: 406-522-8563 | | $127,669.00 |
| 27 | CISCO SYSTEMS | CISCO SYSTEMS<br>PO Box 742927<br>Los Angeles, CA 90074<br>Tel.: 408-853-6341<br>Fax: 408-608-1729 | | $114,413.00 |
| 28 | Q INTERACTIVE, INC. | Q INTERACTIVE, INC.<br>PO Box 101452<br>Atlanta, GA 30392<br>Tel.: 702-407-0707 Ext. 2138<br>Courtney.dimonaco@sellingsource.com | | $113,978.00 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax numbers and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim |
|---|---|---|---|
| 29 PRESIDIO NETWORK SOLUTIONS, INC. | PRESIDIO NETWORK SOLUTIONS, INC.<br>PO Box 677638<br>Dallas, TX 75267<br>Tel.: 512-795-7118<br>sfreeman@presidio.com | | $112,917.00 |
| 30 CHS HEALTH SERVICES, INC. | CHS HEALTH SERVICES, INC.<br>PO Box 79893<br>Baltimore, MD 21279<br>Tel.: 703-261-1110<br>Fax: 703-760-0894 | | $93,230.00 |

01:13524908.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :
THE SCOOTER STORE HOLDINGS, INC., et al.,¹      :    Case No.  13-_____ (__)
                                                :
            Debtors.                            :    Joint Administration Requested
                                                :
-------------------------------------------------------------------- x
```

## DECLARATION CONCERNING THE DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING THE 30 LARGEST UNSECURED CLAIMS

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: The SCOOTER Store Holdings, Inc. (7246); The SCOOTER Store – Albuquerque, L.L.C. (3265); The SCOOTER Store – Atlanta, L.L.C. (9883); The SCOOTER Store–Austin, LTD. (4716); The SCOOTER Store – Baltimore, L.L.C. (9884); The SCOOTER Store – Baton Rouge, L.L.C. (9886); The SCOOTER Store – Birmingham, L.L.C. (9887); The SCOOTER Store – Boca Raton, L.L.C. (9889); The SCOOTER Store – Boston, L.L.C. (9893); The SCOOTER Store – Charleston, L.L.C. (9894); The SCOOTER Store – Charlotte, L.L.C. (9902); The SCOOTER Store–Chicago, L.L.C. (2368); The SCOOTER Store – Concord, L.L.C. (9906); The SCOOTER Store–Dallas, LTD. (4717); The SCOOTER Store – Dayton, L.L.C. (8678); The SCOOTER Store – Denver, L.L.C. (9909); The SCOOTER Store – Des Moines, L.L.C. (1260); The SCOOTER Store–Detroit, L.L.C. (2358); The SCOOTER Store–Grand Rapids, L.L.C. (1291); The SCOOTER Store – Green Bay, L.L.C. (1832); The SCOOTER Store – Greenville, L.L.C. (9911); The SCOOTER Store – Hartford, L.L.C. (9912); The SCOOTER Store–Houston, LTD. (4718); The SCOOTER Store – Indianapolis, L.L.C. (8684); The SCOOTER Store – Jackson, L.L.C. (9914); The SCOOTER Store – Jacksonville, L.L.C. (9916); The SCOOTER Store – Kansas City, L.L.C. (8655); The SCOOTER Store – Knoxville, L.L.C. (9921); The SCOOTER Store – Las Vegas, L.L.C. (0038); The SCOOTER Store – Levittown, L.L.C. (9926); The SCOOTER Store – Lincoln, L.L.C. (N/A); The SCOOTER Store – Little Rock, L.L.C. (6425); The SCOOTER Store – Los Angeles, L.L.C. (1294); The SCOOTER Store – Louisville, L.L.C. (9930); The SCOOTER Store–Lubbock, LTD. (4720); The SCOOTER Store–Madison, L.L.C. (1829); The SCOOTER Store – Minneapolis, L.L.C. (9932); The SCOOTER Store – Mobile, L.L.C. (1466); The SCOOTER Store – Nashville, L.L.C. (9939); The SCOOTER Store– Oklahoma City, L.L.C. (6430); The SCOOTER Store – Orlando, L.L.C. (9943); The SCOOTER Store – Paterson, L.L.C. (9949); The SCOOTER Store – Philadelphia, L.L.C. (9945); The SCOOTER Store – Phoenix, L.L.C. (9950); The SCOOTER Store – Pittsburgh, L.L.C. (9952); The SCOOTER Store – Portland, L.L.C. (1922); The SCOOTER Store–Raleigh Durham, L.L.C. (6134); The SCOOTER Store – Richmond, L.L.C. (8676); The SCOOTER Store – Rochester, L.L.C. (9954); The SCOOTER Store – Sacramento, L.L.C. (1298); The SCOOTER Store – Salt Lake City, L.L.C. (1921); The SCOOTER Store– San Antonio, LTD. (4724); The SCOOTER Store – San Diego, L.L.C. (1296); The SCOOTER Store – San Francisco, L.L.C. (1293); The SCOOTER Store – Schenectady, L.L.C. (9958); The SCOOTER Store – Seattle, L.L.C. (1918); The SCOOTER Store – Shreveport, L.L.C. (9961); The SCOOTER Store–Springfield, L.L.C. (1834); The SCOOTER Store – St. Louis, L.L.C. (6975); The SCOOTER Store–Toledo, L.L.C. (8681); The SCOOTER Store – Tulsa, L.L.C. (6436); The SCOOTER Store – West Virginia, L.L.C. (8672); The SCOOTER Store – Wichita, L.L.C. (N/A); The SCOOTER Store – San Diego, L.L.C. (N/A); The SCOOTER Store – Wilkes-Barre, L.L.C. (9962); The SCOOTER Store, Inc. (7905); The SCOOTER Store–USA, Inc. (0608); The SCOOTER Store – Development, L.L.C. (5073); The SCOOTER Store Financial Services, L.L.C. (5481); The SCOOTER Store Aviation, L.L.C. (7185); TSS Management Company, Inc. (4241); TSS Investments, Inc. (4242); and The Scooter Store, LTD. (0039). The Debtors' mailing address is 1650 Independence Drive, New Braunfels, Texas 78132.

1

I, Charles Lowrey, Chief Financial Officer of The SCOOTER Store Holdings, Inc., on behalf of the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Consolidated List of Creditors holding the 30 Largest Unsecured Claims* submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Date:  April 15, 2013
       New Braunfels, Texas

                                        */s/ Charles Lowrey*
                                        Charles Lowrey
                                        Chief Financial Officer
                                        The SCOOTER Store Holdings, Inc.

                                        On Behalf of the Other Debtors and Debtors in Possession

2