**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------- x
In re:                                             :
                                                   :
The SCOOTER Store Holdings, Inc.,                  :   Chapter 11
a Delaware corporation,                            :
                                                   :   Case No. 13-____ (___)
                      Debtor.                      :
                                                   :
Employer Tax I.D. No. xx-xxx7246                   :
-------------------------------------------------- x
In re:                                             :
                                                   :
The SCOOTER Store – Albuquerque, L.L.C.,           :   Chapter 11
a Nevada limited liability company,                :
                                                   :   Case No. 13-____ (___)
                      Debtor.                      :
                                                   :
Employer Tax I.D. No. xx-xxx3265                   :
-------------------------------------------------- x
In re:                                             :
                                                   :
The SCOOTER Store – Atlanta, L.L.C.,               :   Chapter 11
a Nevada limited liability company,                :
                                                   :   Case No. 13-____ (___)
                      Debtor.                      :
                                                   :
Employer Tax I.D. No. xx-xxx9883                   :
-------------------------------------------------- x
In re:                                             :
                                                   :
The SCOOTER Store – Austin, LTD.,                  :   Chapter 11
a Texas limited partnership,                       :
                                                   :   Case No. 13-____ (___)
                      Debtor.                      :
                                                   :
Employer Tax I.D. No. xx-xxx4716                   :
-------------------------------------------------- x
```

In re:                                              :
                                                    :
The SCOOTER Store – Baltimore, L.L.C.,              :
a Nevada limited liability company,                 :      Chapter 11
                                                    :
                          Debtor.                   :      Case No. 13-____ (___)
                                                    :
Employer Tax I.D. No. xx-xxx9884                    :
------------------------------------------------------------------ x
In re:                                              :
                                                    :
The SCOOTER Store – Baton Rouge, L.L.C.,            :      Chapter 11
a Nevada limited liability company,                 :
                                                    :      Case No. 13-____ (___)
                          Debtor.                   :
                                                    :
Employer Tax I.D. No. xx-xxx9886                    :
------------------------------------------------------------------ x
In re:                                              :
                                                    :
The SCOOTER Store – Birmingham, L.L.C.,             :      Chapter 11
a Nevada limited liability company,                 :
                                                    :      Case No. 13-____ (___)
                          Debtor.                   :
                                                    :
Employer Tax I.D. No. xx-xxx9887                    :
------------------------------------------------------------------ x
In re:                                              :
                                                    :
The SCOOTER Store – Boca Raton, L.L.C.,             :      Chapter 11
a Nevada limited liability company,                 :
                                                    :      Case No. 13-____ (___)
                          Debtor.                   :
                                                    :
Employer Tax I.D. No. xx-xxx9889                    :
------------------------------------------------------------------ x
In re:                                              :
                                                    :
The SCOOTER Store – Boston, L.L.C.,                 :      Chapter 11
a Nevada limited liability company,                 :
                                                    :      Case No. 13-____ (___)
                          Debtor.                   :
                                                    :
Employer Tax I.D. No. xx-xxx9893                    :
------------------------------------------------------------------ x

01:13466794.3

In re:                                                          :
                                                                :
The SCOOTER Store – Charleston, L.L.C.,                         :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                        Debtor.                                 :
                                                                :
Employer Tax I.D. No. xx-xxx9894                                :
---------------------------------------------------------------- x
In re:                                                          :
                                                                :
The SCOOTER Store – Charlotte, L.L.C.,                          :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                        Debtor.                                 :
                                                                :
Employer Tax I.D. No. xx-xxx9902                                :
---------------------------------------------------------------- x
In re:                                                          :
                                                                :
The SCOOTER Store – Chicago, L.L.C.,                            :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                        Debtor.                                 :
                                                                :
Employer Tax I.D. No. xx-xxx2368                                :
---------------------------------------------------------------- x
In re:                                                          :
                                                                :
 The SCOOTER Store – Concord, L.L.C.,                           :  Chapter 11
 a Nevada limited liability company,                            :
                                                                :  Case No. 13-____ (___)
                        Debtor.                                 :
                                                                :
 Employer Tax I.D. No. xx-xxx9906                               :
---------------------------------------------------------------- x
In re:                                                          :
                                                                :
 The SCOOTER Store – Dallas, LTD.,                              :    Chapter 11
 a Texas limited partnership,                                   :
                                                                :    Case No. 13-____ (___)
                        Debtor.                                 :
                                                                :
 Employer Tax I.D. No. xx-xxx4717                               :
---------------------------------------------------------------- x

3

01:13466794.3

In re:                                                    :
                                                          :
The SCOOTER Store – Dayton, L.L.C.,                       :    Chapter 11
a Nevada limited liability company,                       :
                                                          :    Case No. 13-____ (___)
                              Debtor.                     :
                                                          :
Employer Tax I.D. No. xx-xxx8678                          :
-------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Denver, L.L.C.,                       :    Chapter 11
a Nevada limited liability company,                       :
                                                          :    Case No. 13-____ (___)
                              Debtor.                     :
                                                          :
Employer Tax I.D. No. xx-xxx9909                          :
-------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Des Moines, L.L.C.,                   :    Chapter 11
a Nevada limited liability company,                       :
                                                          :    Case No. 13-____ (___)
                              Debtor.                     :
                                                          :
Employer Tax I.D. No. xx-xxx1260                          :
-------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Detroit, L.L.C.,                      :    Chapter 11
a Nevada limited liability company,                       :
                                                          :    Case No. 13-____ (___)
                              Debtor.                     :
                                                          :
Employer Tax I.D. No. xx-xxx2358                          :
-------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Grand Rapids, L.L.C.,                 :    Chapter 11
a Nevada limited liability company,                       :
                                                          :    Case No. 13-____ (___)
                              Debtor.                     :
                                                          :
Employer Tax I.D. No. xx-xxx1291                          :
-------------------------------------------------------------- x

4

In re:                                                          :
                                                               :
he SCOOTER Store – Green Bay, L.L.C.,                          :        Chapter 11
a Nevada limited liability company,                            :
                                                               :        Case No. 13-____ (___)
                         Debtor.                               :
                                                               :
Employer Tax I.D. No. xx-xxx1832                               :
------------------------------------------------------------ x

In re:                                                          :
                                                               :
The SCOOTER Store – Greenville, L.L.C.,                        :        Chapter 11
a Nevada limited liability company,                            :
                                                               :        Case No. 13-____ (___)
                         Debtor.                               :
                                                               :
Employer Tax I.D. No. xx-xxx9911                               :
------------------------------------------------------------ x

In re:                                                          :
                                                               :
The SCOOTER Store – Hartford, L.L.C.,                          :        Chapter 11
a Nevada limited liability company,                            :
                                                               :        Case No. 13-____ (___)
                         Debtor.                               :
                                                               :
Employer Tax I.D. No. xx-xxx9912                               :
------------------------------------------------------------ x

In re:                                                          :
                                                               :
The SCOOTER Store – Houston, LTD.,                             :        Chapter 11
a Texas limited partnership,                                   :
                                                               :        Case No. 13-____ (___)
                         Debtor.                               :
                                                               :
Employer Tax I.D. No. xx-xxx4718                               :
------------------------------------------------------------ x

01:13466794.3

In re:                                                            :
                                                                  :
The SCOOTER Store – Indianapolis, L.L.C.,                         :    Chapter 11
a Nevada limited liability company,                               :
                                                                  :    Case No. 13-____ (___)
                            Debtor.                               :
                                                                  :
Employer Tax I.D. No. xx-xxx8684                                  :
-------------------------------------------------------------------- x

In re:                                                            :
                                                                  :
The SCOOTER Store – Jackson, L.L.C.,                              :    Chapter 11
a Nevada limited liability company,                               :
                                                                  :    Case No. 13-____ (___)
                            Debtor.                               :
                                                                  :
Employer Tax I.D. No. xx-xxx9914                                  :
-------------------------------------------------------------------- x

In re:                                                            :
                                                                  :
The SCOOTER Store – Jacksonville, L.L.C.,                         :    Chapter 11
a Nevada limited liability company,                               :
                                                                  :    Case No. 13-____ (___)
                            Debtor.                               :
                                                                  :
Employer Tax I.D. No. xx-xxx9916                                  :
-------------------------------------------------------------------- x

In re:                                                            :
                                                                  :
The SCOOTER Store – Kansas City, L.L.C.,                          :    Chapter 11
a Nevada limited liability company,                               :
                                                                  :    Case No. 13-____ (___)
                            Debtor.                               :
                                                                  :
Employer Tax I.D. No. xx-xxx8655                                  :
-------------------------------------------------------------------- x

In re:                                                            :
                                                                  :
The SCOOTER Store – Knoxville, L.L.C.,                            :    Chapter 11
a Nevada limited liability company,                               :
                                                                  :    Case No. 13-____ (___)
                            Debtor.                               :
                                                                  :
Employer Tax I.D. No. xx-xxx9921                                  :
-------------------------------------------------------------------- x

6

01:13466794.3

In re:                                                              :
                                                                   :
The SCOOTER Store – Las Vegas, L.L.C.,                             :    Chapter 11
a Nevada limited liability company,                               :
                                                                   :    Case No. 13-_____ (____)
                              Debtor.                              :
                                                                   :
Employer Tax I.D. No. xx-xxx0038                                  :
------------------------------------------------------------------ x
In re:                                                              :
                                                                   :
The SCOOTER Store – Levittown, L.L.C.,                            :    Chapter 11
a Nevada limited liability company,                               :
                                                                   :    Case No. 13-_____ (____)
                              Debtor.                              :
                                                                   :
Employer Tax I.D. No. xx-xxx9926                                  :
------------------------------------------------------------------ x
In re:                                                              :
                                                                   :
The SCOOTER Store – Lincoln, L.L.C.,                              :    Chapter 11
a Nevada limited liability company,                               :
                                                                   :    Case No. 13-_____ (____)
                              Debtor.                              :
                                                                   :
Employer Tax I.D. No. (N/A)                                       :
------------------------------------------------------------------ x
In re:                                                              :
                                                                   :
The SCOOTER Store – Little Rock, L.L.C.,                          :    Chapter 11
a Nevada limited liability company,                               :
                                                                   :    Case No. 13-_____ (____)
                              Debtor.                              :
                                                                   :
Employer Tax I.D. No. xx-xxx6425                                  :
------------------------------------------------------------------ x
In re:                                                              :
                                                                   :
The SCOOTER Store – Los Angeles, L.L.C.,                          :    Chapter 11
a Nevada limited liability company,                               :
                                                                   :    Case No. 13-_____ (____)
                              Debtor.                              :
                                                                   :
Employer Tax I.D. No. xx-xxx1294                                  :
------------------------------------------------------------------ x

7

01:13466794.3

In re:                                              :
                                                    :
The SCOOTER Store – Louisville, L.L.C.,             :    Chapter 11
a Nevada limited liability company,                 :
                                                    :    Case No. 13-____ (___)
                        Debtor.                     :
                                                    :
Employer Tax I.D. No. xx-xxx9930                    :
------------------------------------------------------------------- x

In re:                                              :
                                                    :
The SCOOTER Store – Lubbock, LTD.,                  :    Chapter 11
a Texas limited partnership,                        :
                                                    :    Case No. 13-____ (___)
                        Debtor.                     :
                                                    :
Employer Tax I.D. No. xx-xxx4720                    :
------------------------------------------------------------------- x

In re:                                              :
                                                    :
The SCOOTER Store – Madison, L.L.C.,                :    Chapter 11
a Nevada limited liability company,                 :
                                                    :    Case No. 13-____ (___)
                        Debtor.                     :
                                                    :
Employer Tax I.D. No. xx-xxx1829                    :
------------------------------------------------------------------- x

In re:                                              :
                                                    :
The SCOOTER Store – Minneapolis, L.L.C.,            :    Chapter 11
a Nevada limited liability company,                 :
                                                    :    Case No. 13-____ (___)
                        Debtor.                     :
                                                    :
Employer Tax I.D. No. xx-xxx9932                    :
------------------------------------------------------------------- x

In re:                                              :
                                                    :
The SCOOTER Store – Mobile, L.L.C.,                 :    Chapter 11
a Nevada limited liability company,                 :
                                                    :    Case No. 13-____ (___)
                        Debtor.                     :
                                                    :
Employer Tax I.D. No. xx-xxx1466                    :
------------------------------------------------------------------- x

8

In re:                                                    :
                                                          :
The SCOOTER Store – Nashville, L.L.C.,                    :    Chapter 11
a Nevada limited liability company,                       :
                                                          :    Case No. 13-_____ (____)
                    Debtor.                               :
                                                          :
Employer Tax I.D. No. xx-xxx9939                          :
------------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Oklahoma City, L.L.C.,                :    Chapter 11
a Nevada limited liability company,                       :
                                                          :    Case No. 13-_____ (____)
                    Debtor.                               :
                                                          :
Employer Tax I.D. No. xx-xxx6430                          :
------------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Orlando, L.L.C.,                      :    Chapter 11
a Nevada limited liability company,                       :
                                                          :    Case No. 13-_____ (____)
                    Debtor.                               :
                                                          :
Employer Tax I.D. No. xx-xxx9943                          :
------------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Paterson, L.L.C.,                     :    Chapter 11
a Nevada limited liability company,                       :
                                                          :    Case No. 13-_____ (____)
                    Debtor.                               :
                                                          :
Employer Tax I.D. No. xx-xxx9949                          :
------------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Philadelphia, L.L.C.,                 :    Chapter 11
a Nevada limited liability company,                       :
                                                          :    Case No. 13-_____ (____)
                    Debtor.                               :
                                                          :
Employer Tax I.D. No. xx-xxx9945                          :
------------------------------------------------------------------- x

01:13466794.3

In re:                                        :
                                              :
The SCOOTER Store – Phoenix, L.L.C.,          :    Chapter 11
a Nevada limited liability company,           :
                                              :    Case No. 13-____ (___)
                    Debtor.                    :
                                              :
Employer Tax I.D. No. xx-xxx9950              :
------------------------------------------------------------------- x
In re:                                        :
                                              :
The SCOOTER Store – Pittsburgh, L.L.C.,       :    Chapter 11
a Nevada limited liability company,           :
                                              :    Case No. 13-____ (___)
                    Debtor.                    :
                                              :
Employer Tax I.D. No. xx-xxx9952              :
------------------------------------------------------------------- x
In re:                                        :
                                              :
The SCOOTER Store – Portland, L.L.C.,         :    Chapter 11
a Nevada limited liability company,           :
                                              :    Case No. 13-____ (___)
                    Debtor.                    :
                                              :
Employer Tax I.D. No. xx-xxx1922              :
------------------------------------------------------------------- x
In re:                                        :
                                              :
The SCOOTER Store – Raleigh Durham, L.L.C.,   :    Chapter 11
a Nevada limited liability company,           :
                                              :    Case No. 13-____ (___)
                    Debtor.                    :
                                              :
Employer Tax I.D. No. xx-xxx6134              :
------------------------------------------------------------------- x
In re:                                        :
                                              :
The SCOOTER Store – Richmond, L.L.C.,         :    Chapter 11
a Nevada limited liability company,           :
                                              :    Case No. 13-____ (___)
                    Debtor.                    :
                                              :
Employer Tax I.D. No. xx-xxx8676              :
------------------------------------------------------------------- x

01:13466794.3

In re:                                          :
                                                :
The SCOOTER Store – Rochester, L.L.C.,          :      Chapter 11
a Nevada limited liability company,             :
                                                :      Case No. 13-____ (___)
                          Debtor.               :
                                                :
Employer Tax I.D. No. xx-xxx9954                :
------------------------------------------------------------------ x

In re:                                          :
                                                :
The SCOOTER Store – Sacramento, L.L.C.,         :      Chapter 11
a Nevada limited liability company,             :
                                                :      Case No. 13-____ (___)
                          Debtor.               :
                                                :
Employer Tax I.D. No. xx-xxx1298                :
------------------------------------------------------------------ x

In re:                                          :
                                                :
The SCOOTER Store – Salt Lake City, L.L.C.,     :      Chapter 11
a Nevada limited liability company,             :
                                                :      Case No. 13-____ (___)
                          Debtor.               :
                                                :
Employer Tax I.D. No. xx-xxx1921                :
------------------------------------------------------------------ x

In re:                                          :
                                                :
The SCOOTER Store – San Antonio, LTD.,          :      Chapter 11
a Texas limited partnership,                    :
                                                :      Case No. 13-____ (___)
                          Debtor.               :
                                                :
Employer Tax I.D. No. xx-xxx4724                :
------------------------------------------------------------------ x

In re:                                          :
                                                :
The SCOOTER Store – San Diego, L.L.C.,          :      Chapter 11
a Nevada limited liability company,             :
                                                :      Case No. 13-____ (___)
                          Debtor.               :
                                                :
Employer Tax I.D. No. xx-xxx1296                :
------------------------------------------------------------------ x

11

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – San Francisco, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-_____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx1293 | : | |

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Schenectady, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-_____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx9958 | : | |

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Seattle, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-_____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx1918 | : | |

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Shreveport, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-_____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx9961 | : | |

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Springfield, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-_____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx1834 | : | |

---------------------------------------------------------------- x

12

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – St. Louis, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-_____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx6975 | : | |

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Toledo, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-_____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx8681 | : | |

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Tulsa, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-_____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx6436 | : | |

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – West Virginia, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-_____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx8672 | : | |

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Wichita, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-_____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. (N/A) | : | |

------------------------------------------------------------------ x

13

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Wilkes-Barre, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx9962 | : | |
| ---------------------------------------------------------------- | x | |
| In re: | : | |
| | : | |
| The SCOOTER Store, Inc., | : | Chapter 11 |
| a Nevada corporation, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx7905 | : | |
| ---------------------------------------------------------------- | x | |
| In re: | : | |
| | : | |
| The SCOOTER Store – USA, Inc., | : | Chapter 11 |
| a Nevada corporation, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx0608 | : | |
| ---------------------------------------------------------------- | x | |
| In re: | : | |
| | : | |
| The SCOOTER Store – Development, L.L.C., | : | Chapter 11 |
| a Texas limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx5073 | : | |
| ---------------------------------------------------------------- | x | |
| In re: | : | |
| | : | |
| The SCOOTER Store Financial Services, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx5481 | : | |
| ---------------------------------------------------------------- | x | |

14

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store Aviation, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx7185 | : | |

------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| TSS Management Company, Inc., | : | Chapter 11 |
| a Nevada corporation, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx4241 | : | |

------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| TSS Investments, Inc., | : | Chapter 11 |
| a Nevada corporation, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx4242 | : | |

------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The Scooter Store, LTD., | : | Chapter 11 |
| a Texas limited partnership, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx0039 | : | |

------------------------------------------------------------------- x

## **MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION**

15

The SCOOTER Store Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors"),[1] by and through their proposed undersigned counsel, respectfully bring this motion (the "Motion") for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Debtors to jointly administer their chapter 11 cases.  In support of the Motion, the Debtors rely upon and incorporate by reference the *Declaration of Charles Lowrey of The*

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: The SCOOTER Store Holdings, Inc. (7246); The SCOOTER Store – Albuquerque, L.L.C. (3265); The SCOOTER Store – Atlanta, L.L.C. (9883); The SCOOTER Store – Austin, LTD. (4716); The SCOOTER Store – Baltimore, L.L.C. (9884); The SCOOTER Store – Baton Rouge, L.L.C. (9886);  The SCOOTER Store – Birmingham, L.L.C. (9887); The SCOOTER Store – Boca Raton, L.L.C. (9889); The SCOOTER Store – Boston, L.L.C. (9893); The SCOOTER Store – Charleston, L.L.C. (9894); The SCOOTER Store – Charlotte, L.L.C. (9902); The SCOOTER Store – Chicago, L.L.C. (2368); The SCOOTER Store – Concord, L.L.C. (9906); The SCOOTER Store – Dallas, LTD. (4717); The SCOOTER Store – Dayton, L.L.C. (8678); The SCOOTER Store – Denver, L.L.C. (9909); The SCOOTER Store – Des Moines, L.L.C. (1260); The SCOOTER Store – Detroit, L.L.C. (2358); The SCOOTER Store – Grand Rapids, L.L.C. (1291); The SCOOTER Store – Green Bay, L.L.C. (1832); The SCOOTER Store – Greenville, L.L.C. (9911); The SCOOTER Store – Hartford, L.L.C. (9912); The SCOOTER Store – Houston, LTD. (4718); The SCOOTER Store – Indianapolis, L.L.C. (8684); The SCOOTER Store – Jackson, L.L.C. (9914); The SCOOTER Store – Jacksonville, L.L.C. (9916); The SCOOTER Store – Kansas City, L.L.C. (8655); The SCOOTER Store – Knoxville, L.L.C. (9921); The SCOOTER Store – Las Vegas, L.L.C. (0038); The SCOOTER Store – Levittown, L.L.C. (9926); The SCOOTER Store – Lincoln, L.L.C. (N/A); The SCOOTER Store – Little Rock, L.L.C. (6425); The SCOOTER Store – Los Angeles, L.L.C. (1294); The SCOOTER Store – Louisville, L.L.C. (9930); The SCOOTER Store – Lubbock, LTD. (4720); The SCOOTER Store – Madison, L.L.C. (1829); The SCOOTER Store – Minneapolis, L.L.C. (9932); The SCOOTER Store – Mobile, L.L.C. (1466); The SCOOTER Store – Nashville, L.L.C. (9939); The SCOOTER Store – Oklahoma City, L.L.C. (6430); The SCOOTER Store – Orlando, L.L.C. (9943); The SCOOTER Store – Paterson, L.L.C. (9949); The SCOOTER Store – Philadelphia, L.L.C. (9945); The SCOOTER Store – Phoenix, L.L.C. (9950); The SCOOTER Store – Pittsburgh, L.L.C. (9952); The SCOOTER Store – Portland, L.L.C. (1922); The SCOOTER Store – Raleigh Durham, L.L.C. (6134); The SCOOTER Store – Richmond, L.L.C. (8676); The SCOOTER Store – Rochester, L.L.C. (9954); The SCOOTER Store – Sacramento, L.L.C. (1298); The SCOOTER Store – Salt Lake City, L.L.C. (1921); The SCOOTER Store – San Antonio, LTD. (4724); The SCOOTER Store – San Diego, L.L.C. (1296); The SCOOTER Store – San Francisco, L.L.C. (1293); The SCOOTER Store – Schenectady, L.L.C. (9958); The SCOOTER Store – Seattle, L.L.C. (1918); The SCOOTER Store – Shreveport, L.L.C. (9961); The SCOOTER Store – Springfield, L.L.C. (1834); The SCOOTER Store – St. Louis, L.L.C. (6975); The SCOOTER Store – Toledo, L.L.C. (8681); The SCOOTER Store – Tulsa, L.L.C. (6436); The SCOOTER Store – West Virginia, L.L.C. (8672); The SCOOTER Store – Wichita, L.L.C. (N/A); The SCOOTER Store – Wilkes-Barre, L.L.C. (9962); The SCOOTER Store, Inc. (7905); The SCOOTER Store – USA, Inc. (0608); The SCOOTER Store – Development, L.L.C. (5073); The SCOOTER Store Financial Services, L.L.C. (5481); The SCOOTER Store Aviation, L.L.C. (7185); TSS Management Company, Inc. (4241); TSS Investments, Inc. (4242); and The Scooter Store, LTD. (0039).  The Debtors' mailing address is 1650 Independence Drive, New Braunfels, Texas 78132.

01:13466794.3

*Scooter Store Holdings, Inc. in Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration"), which was filed with the Court concurrently herewith.  In further support of the Motion, the Debtors, by and through their proposed undersigned counsel, respectfully represent as follows:

## JURISDICTION

1.       The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012. [1]  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The relief requested herein is predicated on Bankruptcy Rule 1015 and Local Rule 1015-1.

## BACKGROUND

2.       On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3.       The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  By this Motion, the Debtors request that these chapter 11 cases (the "Chapter 11 Cases") be consolidated for procedural purposes only.  No trustee, examiner or official committee of unsecured creditors has been appointed in these cases.

---

[1] Pursuant to Local Rule 9013-1(f), the Debtors hereby confirm their consent to the entry of a final order by this Court in connection with this motion if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

01:13466794.3

4.      Additional information regarding the events leading up to the Petition Date and the facts and circumstances supporting the relief requested herein are set forth in the First Day Declaration.

**RELIEF REQUESTED**

5.      By this Motion, the Debtors seek the entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, consolidating the Chapter 11 Cases for procedural purposes only.

6.      Many of the motions, applications, hearings and orders that will arise in these Chapter 11 Cases will jointly affect each Debtor.  For this reason, the Debtors respectfully submit that the interests of the Debtors, their creditors and other parties in interest would be best served by the joint administration of these Chapter 11 Cases.  In order to optimally and economically administer the Debtors' pending Chapter 11 Cases, the Debtors submit that such cases should be jointly administered, for procedural purposes only, under the case number assigned to The SCOOTER Store Holdings, Inc. ("Holdings").

7.      The Debtors also request that the Clerk of the Court maintain one file and one docket for all of the Chapter 11 Cases, which file and docket shall be the file and docket for Holdings.

8.      The Debtors further request that the caption of these Chapter 11 Cases be modified as follows to reflect their joint administration:

18

01:13466794.3

```
------------------------------------------------------------- x
In re:                                      :    Chapter 11
                                            :
THE SCOOTER STORE HOLDINGS, INC., et al.,[1]  :    Case No.  13-_____  (___)
                                            :
           Debtors.                         :    Jointly Administered
                                            :
------------------------------------------------------------- x
```

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: The SCOOTER Store Holdings, Inc. (7246); The SCOOTER Store – Albuquerque, L.L.C. (3265); The SCOOTER Store – Atlanta, L.L.C. (9883); The SCOOTER Store – Austin, LTD. (4716); The SCOOTER Store – Baltimore, L.L.C. (9884); The SCOOTER Store – Baton Rouge, L.L.C. (9886);  The SCOOTER Store – Birmingham, L.L.C. (9887); The SCOOTER Store – Boca Raton, L.L.C. (9889); The SCOOTER Store – Boston, L.L.C. (9893); The SCOOTER Store – Charleston, L.L.C. (9894); The SCOOTER Store – Charlotte, L.L.C. (9902); The SCOOTER Store – Chicago, L.L.C. (2368); The SCOOTER Store – Concord, L.L.C. (9906); The SCOOTER Store – Dallas, LTD. (4717); The SCOOTER Store – Dayton, L.L.C. (8678); The SCOOTER Store – Denver, L.L.C. (9909); The SCOOTER Store – Des Moines, L.L.C. (1260); The SCOOTER Store – Detroit, L.L.C. (2358); The SCOOTER Store – Grand Rapids, L.L.C. (1291); The SCOOTER Store – Green Bay, L.L.C. (1832); The SCOOTER Store – Greenville, L.L.C. (9911); The SCOOTER Store – Hartford, L.L.C. (9912); The SCOOTER Store – Houston, LTD. (4718); The SCOOTER Store – Indianapolis, L.L.C. (8684); The SCOOTER Store – Jackson, L.L.C. (9914); The SCOOTER Store – Jacksonville, L.L.C. (9916); The SCOOTER Store – Kansas City, L.L.C. (8655); The SCOOTER Store – Knoxville, L.L.C. (9921); The SCOOTER Store – Las Vegas, L.L.C. (0038); The SCOOTER Store – Levittown, L.L.C. (9926); The SCOOTER Store – Lincoln, L.L.C. (N/A); The SCOOTER Store – Little Rock, L.L.C. (6425); The SCOOTER Store – Los Angeles, L.L.C. (1294); The SCOOTER Store – Louisville, L.L.C. (9930); The SCOOTER Store – Lubbock, LTD. (4720); The SCOOTER Store – Madison, L.L.C. (1829); The SCOOTER Store – Minneapolis, L.L.C. (9932); The SCOOTER Store – Mobile, L.L.C. (1466); The SCOOTER Store – Nashville, L.L.C. (9939); The SCOOTER Store – Oklahoma City, L.L.C. (6430); The SCOOTER Store – Orlando, L.L.C. (9943); The SCOOTER Store – Paterson, L.L.C. (9949); The SCOOTER Store – Philadelphia, L.L.C. (9945); The SCOOTER Store – Phoenix, L.L.C. (9950); The SCOOTER Store – Pittsburgh, L.L.C. (9952); The SCOOTER Store – Portland, L.L.C. (1922); The SCOOTER Store – Raleigh Durham, L.L.C. (6134); The SCOOTER Store – Richmond, L.L.C. (8676); The SCOOTER Store – Rochester, L.L.C. (9954); The SCOOTER Store – Sacramento, L.L.C. (1298); The SCOOTER Store – Salt Lake City, L.L.C. (1921); The SCOOTER Store – San Antonio, LTD. (4724); The SCOOTER Store – San Diego, L.L.C. (1296); The SCOOTER Store – San Francisco, L.L.C. (1293); The SCOOTER Store – Schenectady, L.L.C. (9958); The SCOOTER Store – Seattle, L.L.C. (1918); The SCOOTER Store – Shreveport, L.L.C. (9961); The SCOOTER Store – Springfield, L.L.C. (1834); The SCOOTER Store – St. Louis, L.L.C. (6975); The SCOOTER Store – Toledo, L.L.C. (8681); The SCOOTER Store – Tulsa, L.L.C. (6436); The SCOOTER Store – West Virginia, L.L.C. (8672); The SCOOTER Store – Wichita, L.L.C. (N/A); The SCOOTER Store – Wilkes-Barre, L.L.C. (9962); The SCOOTER Store, Inc. (7905); The SCOOTER Store – USA, Inc. (0608); The SCOOTER Store – Development, L.L.C. (5073); The SCOOTER Store Financial Services, L.L.C. (5481); The SCOOTER Store Aviation, L.L.C. (7185); TSS Management Company, Inc. (4241); TSS Investments, Inc. (4242); and The Scooter Store, LTD. (0039).  The Debtors' mailing address is 1650 Independence Drive, New Braunfels, Texas 78132.

9.      In addition, the Debtors seek the Court's direction that a separate docket

entry be made on the docket of each of the other Debtors' Chapter 11 Cases, substantially as

follows:

> An order has been entered in this case directing the consolidation
> and joint administration for procedural purposes only of the
> chapter 11 cases of The SCOOTER Store Holdings, Inc.; The
> SCOOTER Store – Albuquerque, L.L.C.; The SCOOTER Store –
> Atlanta, L.L.C.; The SCOOTER Store – Austin, LTD.; The
> SCOOTER Store – Baltimore, L.L.C.; The SCOOTER Store –
> Baton Rouge, L.L.C.;  The SCOOTER Store – Birmingham,
> L.L.C.; The SCOOTER Store – Boca Raton, L.L.C.; The
> SCOOTER Store – Boston, L.L.C.; The SCOOTER Store –
> Charleston, L.L.C.; The SCOOTER Store – Charlotte, L.L.C.; The
> SCOOTER Store – Chicago, L.L.C.; The SCOOTER Store –
> Concord, L.L.C.; The SCOOTER Store – Dallas, LTD. (4717);
> The SCOOTER Store – Dayton, L.L.C.; The SCOOTER Store –
> Denver, L.L.C.; The SCOOTER Store – Des Moines, L.L.C.; The
> SCOOTER Store – Detroit, L.L.C.; The SCOOTER Store – Grand
> Rapids, L.L.C.; The SCOOTER Store – Green Bay, L.L.C.; The
> SCOOTER Store – Greenville, L.L.C.; The SCOOTER Store –
> Hartford, L.L.C.; The SCOOTER Store – Houston, LTD.; The
> SCOOTER Store – Indianapolis, L.L.C.; The SCOOTER Store –
> Jackson, L.L.C.; The SCOOTER Store – Jacksonville, L.L.C.; The
> SCOOTER Store – Kansas City, L.L.C.; The SCOOTER Store –
> Knoxville, L.L.C.; The SCOOTER Store – Las Vegas, L.L.C.; The
> SCOOTER Store – Levittown, L.L.C.; The SCOOTER Store –
> Lincoln, L.L.C.; The SCOOTER Store – Little Rock, L.L.C.; The
> SCOOTER Store – Los Angeles, L.L.C.; The SCOOTER Store –
> Louisville, L.L.C.; The SCOOTER Store – Lubbock, LTD.; The
> SCOOTER Store – Madison, L.L.C.; The SCOOTER Store –
> Minneapolis, L.L.C.; The SCOOTER Store – Mobile, L.L.C.; The
> SCOOTER Store – Nashville, L.L.C.; The SCOOTER Store –
> Oklahoma City, L.L.C.; The SCOOTER Store – Orlando, L.L.C.;
> The SCOOTER Store – Paterson, L.L.C.; The SCOOTER Store –
> Philadelphia, L.L.C.; The SCOOTER Store – Phoenix, L.L.C.; The
> SCOOTER Store – Pittsburgh, L.L.C.; The SCOOTER Store –
> Portland, L.L.C.; The SCOOTER Store – Raleigh Durham, L.L.C.;
> The SCOOTER Store – Richmond, L.L.C.; The SCOOTER Store
> – Rochester, L.L.C.; The SCOOTER Store – Sacramento, L.L.C.;
> The SCOOTER Store – Salt Lake City, L.L.C.; The SCOOTER
> Store – San Antonio, LTD.; The SCOOTER Store – San Diego,

20

L.L.C.; The SCOOTER Store – San Francisco, L.L.C.; The SCOOTER Store – Schenectady, L.L.C.; The SCOOTER Store – Seattle, L.L.C.; The SCOOTER Store – Shreveport, L.L.C.; The SCOOTER Store – Springfield, L.L.C.; The SCOOTER Store – St. Louis, L.L.C.; The SCOOTER Store – Toledo, L.L.C.; The SCOOTER Store – Tulsa, L.L.C.; The SCOOTER Store – West Virginia, L.L.C.; The SCOOTER Store – Wichita, L.L.C.; The SCOOTER Store – Wilkes-Barre, L.L.C.; The SCOOTER Store, Inc.; The SCOOTER Store – USA, Inc.; The SCOOTER Store – Development, L.L.C.; The SCOOTER Store Financial Services, L.L.C.; The SCOOTER Store Aviation, L.L.C.; TSS Management Company, Inc.; TSS Investments, Inc.; The Scooter Store, LTD., and all subsequently filed chapter 11 cases of such debtors' affiliates.  The docket in the chapter 11 case of The SCOOTER Store Holdings, Inc., Case No. 13-_____ (___), should be consulted for all matters affecting this case.

## BASIS FOR RELIEF REQUESTED

10.    Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the Court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  Local Rule 1015-1 similarly provides for joint administration of chapter 11 cases when the facts demonstrate that joint administration "is warranted and will ease the administrative burden for the Court and the parties."  Del. Bankr. LR 1015-1.  In this case, all of the Debtors are "affiliates" of Holdings as that term is defined in section 101(2) of the Bankruptcy Code and, accordingly, this Court has the authority to grant the relief requested herein.

11.    Additionally, the joint administration of the Debtors' respective estates will ease the administrative burden on the Court and all parties in interest in these Chapter 11 Cases.

12.    The joint administration of these Chapter 11 Cases will also permit the Clerk of the Court to utilize a single docket for all of the cases and to combine notices to creditors and other parties in interest in the Debtors' respective cases.  In addition, there will

01:13466794.3

likely be numerous motions, applications, and other pleadings filed in these Chapter 11 Cases that will affect most or all of the Debtors.  Joint administration will permit counsel for all parties in interest to include all of the Chapter 11 Cases in a single caption for the numerous documents that are likely to be filed and served in these cases.  Moreover, joint administration will also enable parties in interest in each of the Chapter 11 Cases to stay apprised of all the various matters before the Court.

13.     The Debtors submit that joint administration of these Chapter 11 Cases will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought herein is purely procedural and is not intended to affect substantive rights.  Because these Chapter 11 Cases involve seventy-two (72) Debtors, joint administration will significantly reduce the volume of paper that otherwise would be filed with the Clerk of this Court, render the completion of various administrative tasks less costly and minimize the number of unnecessary delays.  Moreover, the relief requested by this Motion will also simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

14.     For these reasons, the Debtors submit that the relief requested herein is in the best interests of the Debtors, their estates and creditors, and therefore should be granted.

## NOTICE

15.     Notice of this Motion has been provided to:  (i) the Office of the United States Trustee for the District of Delaware; (ii) the Debtors' thirty (30) largest unsecured creditors; (iii) counsel to the Prepetition First Lien Agent; (iv) counsel to the Prepetition Second Lien Agent; (v) counsel to the Prepetition Third Lien Agent; (vi) counsel to Pride Mobility Products Corporation; (vii) counsel to the DIP Agent; and (viii) applicable regulatory authorities.

22

01:13466794.3

Notice of this motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m).  In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested in the Motion and such other and further relief as this Court deems just and proper.


Dated: April 15, 2013          YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Wilmington, Delaware

*/s/ Robert S. Brady*
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

MORGAN LEWIS & BOCKIUS LLP
Neil E. Herman
101 Park Avenue
New York, New York 10178-0060
Telephone:  (212) 309-6000
Facsimile:  (212) 309-6001

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

01:13466794.3

**<u>EXHIBIT A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------------- x
In re:                                             :
                                                   :
The SCOOTER Store Holdings, Inc.,                  :      Chapter 11
a Delaware corporation,                            :
                                                   :      Case No. 13-____ (___)
                        Debtor.                    :
                                                   :
Employer Tax I.D. No. xx-xxx7246                   :
---------------------------------------------------------------- x
In re:                                             :
                                                   :
The SCOOTER Store – Albuquerque, L.L.C.,           :      Chapter 11
a Nevada limited liability company,                :
                                                   :      Case No. 13-____ (___)
                        Debtor.                    :
                                                   :
Employer Tax I.D. No. xx-xxx3265                   :
---------------------------------------------------------------- x
In re:                                             :
                                                   :
The SCOOTER Store – Atlanta, L.L.C.,               :      Chapter 11
a Nevada limited liability company,                :
                                                   :      Case No. 13-____ (___)
                        Debtor.                    :
                                                   :
Employer Tax I.D. No. xx-xxx9883                   :
---------------------------------------------------------------- x
In re:                                             :
                                                   :
The SCOOTER Store – Austin, LTD.,                  :      Chapter 11
a Texas limited partnership,                       :
                                                   :      Case No. 13-____ (___)
                        Debtor.                    :
                                                   :
Employer Tax I.D. No. xx-xxx4716                   :
---------------------------------------------------------------- x
```

In re:                                                        :
                                                              :
The SCOOTER Store – Baltimore, L.L.C.,                        :
a Nevada limited liability company,                           :     Chapter 11
                                                              :
                    Debtor.                                   :     Case No. 13-____ (___)
                                                              :
Employer Tax I.D. No. xx-xxx9884                              :
------------------------------------------------------------- x

In re:                                                        :
                                                              :
The SCOOTER Store – Baton Rouge, L.L.C.,                      :     Chapter 11
a Nevada limited liability company,                           :
                                                              :     Case No. 13-____ (___)
                    Debtor.                                   :
                                                              :
Employer Tax I.D. No. xx-xxx9886                              :
------------------------------------------------------------- x

In re:                                                        :
                                                              :
The SCOOTER Store – Birmingham, L.L.C.,                       :     Chapter 11
a Nevada limited liability company,                           :
                                                              :     Case No. 13-____ (___)
                    Debtor.                                   :
                                                              :
Employer Tax I.D. No. xx-xxx9887                              :
------------------------------------------------------------- x

In re:                                                        :
                                                              :
The SCOOTER Store – Boca Raton, L.L.C.,                       :     Chapter 11
a Nevada limited liability company,                           :
                                                              :     Case No. 13-____ (___)
                    Debtor.                                   :
                                                              :
Employer Tax I.D. No. xx-xxx9889                              :
------------------------------------------------------------- x

In re:                                                        :
                                                              :
The SCOOTER Store – Boston, L.L.C.,                           :     Chapter 11
a Nevada limited liability company,                           :
                                                              :     Case No. 13-____ (___)
                    Debtor.                                   :
                                                              :
Employer Tax I.D. No. xx-xxx9893                              :
------------------------------------------------------------- x

2

In re:                                                            :
                                                                  :
The SCOOTER Store – Charleston, L.L.C.,                           :   Chapter 11
a Nevada limited liability company,                               :
                                                                  :   Case No. 13-____ (___)
                              Debtor.                             :
                                                                  :
Employer Tax I.D. No. xx-xxx9894                                  :
------------------------------------------------------------------ x
In re:                                                            :
                                                                  :
The SCOOTER Store – Charlotte, L.L.C.,                            :   Chapter 11
a Nevada limited liability company,                               :
                                                                  :   Case No. 13-____ (___)
                              Debtor.                             :
                                                                  :
Employer Tax I.D. No. xx-xxx9902                                  :
------------------------------------------------------------------ x
In re:                                                            :
                                                                  :
The SCOOTER Store – Chicago, L.L.C.,                              :   Chapter 11
a Nevada limited liability company,                               :
                                                                  :   Case No. 13-____ (___)
                              Debtor.                             :
                                                                  :
Employer Tax I.D. No. xx-xxx2368                                  :
------------------------------------------------------------------ x
In re:                                                            :
                                                                  :
The SCOOTER Store – Concord, L.L.C.,                              :   Chapter 11
a Nevada limited liability company,                               :
                                                                  :   Case No. 13-____ (___)
                              Debtor.                             :
                                                                  :
Employer Tax I.D. No. xx-xxx9906                                  :
------------------------------------------------------------------ x
In re:                                                            :
                                                                  :
The SCOOTER Store – Dallas, LTD.,                                 :   Chapter 11
a Texas limited partnership,                                      :
                                                                  :   Case No. 13-____ (___)
                              Debtor.                             :
                                                                  :
Employer Tax I.D. No. xx-xxx4717                                  :
------------------------------------------------------------------ x

3

In re:                                                    :
                                                          :
The SCOOTER Store – Dayton, L.L.C.,                       :      Chapter 11
a Nevada limited liability company,                       :
                                                          :      Case No. 13-____ (___)
                              Debtor.                     :
                                                          :
Employer Tax I.D. No. xx-xxx8678                          :
-------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Denver, L.L.C.,                       :      Chapter 11
a Nevada limited liability company,                       :
                                                          :      Case No. 13-____ (___)
                              Debtor.                     :
                                                          :
Employer Tax I.D. No. xx-xxx9909                          :
-------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Des Moines, L.L.C.,                   :      Chapter 11
a Nevada limited liability company,                       :
                                                          :      Case No. 13-____ (___)
                              Debtor.                     :
                                                          :
Employer Tax I.D. No. xx-xxx1260                          :
-------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Detroit, L.L.C.,                      :      Chapter 11
a Nevada limited liability company,                       :
                                                          :      Case No. 13-____ (___)
                              Debtor.                     :
                                                          :
Employer Tax I.D. No. xx-xxx2358                          :
-------------------------------------------------------------- x

In re:                                                    :
                                                          :
The SCOOTER Store – Grand Rapids, L.L.C.,                 :      Chapter 11
a Nevada limited liability company,                       :
                                                          :      Case No. 13-____ (___)
                              Debtor.                     :
                                                          :
Employer Tax I.D. No. xx-xxx1291                          :
-------------------------------------------------------------- x

4

In re:                                                        :
                                                             :
he SCOOTER Store – Green Bay, L.L.C.,                        :    Chapter 11
a Nevada limited liability company,                          :
                                                             :    Case No. 13-_____ (___)
                                    Debtor.                   :
                                                             :
Employer Tax I.D. No. xx-xxx1832                             :
------------------------------------------------------------ x
In re:                                                        :
                                                             :
The SCOOTER Store – Greenville, L.L.C.,                      :    Chapter 11
a Nevada limited liability company,                          :
                                                             :    Case No. 13-_____ (___)
                                    Debtor.                   :
                                                             :
Employer Tax I.D. No. xx-xxx9911                             :
------------------------------------------------------------ x
In re:                                                        :
                                                             :
The SCOOTER Store – Hartford, L.L.C.,                        :    Chapter 11
a Nevada limited liability company,                          :
                                                             :    Case No. 13-_____ (___)
                                    Debtor.                   :
                                                             :
Employer Tax I.D. No. xx-xxx9912                             :
------------------------------------------------------------ x
In re:                                                        :
                                                             :
The SCOOTER Store – Houston, LTD.,                           :    Chapter 11
a Texas limited partnership,                                 :
                                                             :    Case No. 13-_____ (___)
                                    Debtor.                   :
                                                             :
Employer Tax I.D. No. xx-xxx4718                             :
------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Indianapolis, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx8684 | : | |
| --------------------------------------------------------------------- x | | |
| In re: | : | |
| | : | |
| The SCOOTER Store – Jackson, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx9914 | : | |
| --------------------------------------------------------------------- x | | |
| In re: | : | |
| | : | |
| The SCOOTER Store – Jacksonville, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx9916 | : | |
| --------------------------------------------------------------------- x | | |
| In re: | : | |
| | : | |
| The SCOOTER Store – Kansas City, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx8655 | : | |
| --------------------------------------------------------------------- x | | |
| In re: | : | |
| | : | |
| The SCOOTER Store – Knoxville, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx9921 | : | |
| --------------------------------------------------------------------- x | | |

6

In re:                                                          :
                                                               :
The SCOOTER Store – Las Vegas, L.L.C.,                         :      Chapter 11
a Nevada limited liability company,                            :
                                                               :      Case No. 13-____ (___)
                            Debtor.                            :
                                                               :
Employer Tax I.D. No. xx-xxx0038                              :
---------------------------------------------------------------- x
In re:                                                          :
                                                               :
The SCOOTER Store – Levittown, L.L.C.,                         :      Chapter 11
a Nevada limited liability company,                            :
                                                               :      Case No. 13-____ (___)
                            Debtor.                            :
                                                               :
Employer Tax I.D. No. xx-xxx9926                              :
---------------------------------------------------------------- x
In re:                                                          :
                                                               :
The SCOOTER Store – Lincoln, L.L.C.,                           :      Chapter 11
a Nevada limited liability company,                            :
                                                               :      Case No. 13-____ (___)
                            Debtor.                            :
                                                               :
Employer Tax I.D. No. (N/A)                                   :
---------------------------------------------------------------- x
In re:                                                          :
                                                               :
The SCOOTER Store – Little Rock, L.L.C.,                       :      Chapter 11
a Nevada limited liability company,                            :
                                                               :      Case No. 13-____ (___)
                            Debtor.                            :
                                                               :
Employer Tax I.D. No. xx-xxx6425                              :
---------------------------------------------------------------- x
In re:                                                          :
                                                               :
The SCOOTER Store – Los Angeles, L.L.C.,                       :      Chapter 11
a Nevada limited liability company,                            :
                                                               :      Case No. 13-____ (___)
                            Debtor.                            :
                                                               :
Employer Tax I.D. No. xx-xxx1294                              :
---------------------------------------------------------------- x

7

In re:                                                          :
                                                                :
The SCOOTER Store – Louisville, L.L.C.,                         :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                    Debtor.                                     :
                                                                :
Employer Tax I.D. No. xx-xxx9930                                :
-------------------------------------------------------------- x

In re:                                                          :
                                                                :
The SCOOTER Store – Lubbock, LTD.,                              :    Chapter 11
a Texas limited partnership,                                    :
                                                                :    Case No. 13-____ (___)
                    Debtor.                                     :
                                                                :
Employer Tax I.D. No. xx-xxx4720                                :
-------------------------------------------------------------- x

In re:                                                          :
                                                                :
The SCOOTER Store – Madison, L.L.C.,                            :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                    Debtor.                                     :
                                                                :
Employer Tax I.D. No. xx-xxx1829                                :
-------------------------------------------------------------- x

In re:                                                          :
                                                                :
The SCOOTER Store – Minneapolis, L.L.C.,                        :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                    Debtor.                                     :
                                                                :
Employer Tax I.D. No. xx-xxx9932                                :
-------------------------------------------------------------- x

In re:                                                          :
                                                                :
The SCOOTER Store – Mobile, L.L.C.,                             :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                    Debtor.                                     :
                                                                :
Employer Tax I.D. No. xx-xxx1466                                :
-------------------------------------------------------------- x

8

In re:                                                          :
                                                                :
The SCOOTER Store – Nashville, L.L.C.,                          :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                        Debtor.                                 :
                                                                :
Employer Tax I.D. No. xx-xxx9939                                :
----------------------------------------------------------------- x

In re:                                                          :
                                                                :
The SCOOTER Store – Oklahoma City, L.L.C.,                      :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                        Debtor.                                 :
                                                                :
Employer Tax I.D. No. xx-xxx6430                                :
----------------------------------------------------------------- x

In re:                                                          :
                                                                :
The SCOOTER Store – Orlando, L.L.C.,                            :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                        Debtor.                                 :
                                                                :
Employer Tax I.D. No. xx-xxx9943                                :
----------------------------------------------------------------- x

In re:                                                          :
                                                                :
The SCOOTER Store – Paterson, L.L.C.,                           :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                        Debtor.                                 :
                                                                :
Employer Tax I.D. No. xx-xxx9949                                :
----------------------------------------------------------------- x

In re:                                                          :
                                                                :
The SCOOTER Store – Philadelphia, L.L.C.,                       :    Chapter 11
a Nevada limited liability company,                             :
                                                                :    Case No. 13-____ (___)
                        Debtor.                                 :
                                                                :
Employer Tax I.D. No. xx-xxx9945                                :
----------------------------------------------------------------- x

9

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Phoenix, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx9950 | : | |

------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Pittsburgh, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx9952 | : | |

------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Portland, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx1922 | : | |

------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Raleigh Durham, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx6134 | : | |

------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store – Richmond, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx8676 | : | |

------------------------------------------------------------------- x

10

In re:                                                          :
                                                               :
The SCOOTER Store – Rochester, L.L.C.,                         :    Chapter 11
a Nevada limited liability company,                            :
                                                               :    Case No. 13-____ (___)
                              Debtor.                          :
                                                               :
Employer Tax I.D. No. xx-xxx9954                               :
------------------------------------------------------------------ x
In re:                                                          :
                                                               :
The SCOOTER Store – Sacramento, L.L.C.,                        :    Chapter 11
a Nevada limited liability company,                            :
                                                               :    Case No. 13-____ (___)
                              Debtor.                          :
                                                               :
Employer Tax I.D. No. xx-xxx1298                               :
------------------------------------------------------------------ x
In re:                                                          :
                                                               :
The SCOOTER Store – Salt Lake City, L.L.C.,                    :    Chapter 11
a Nevada limited liability company,                            :
                                                               :    Case No. 13-____ (___)
                              Debtor.                          :
                                                               :
Employer Tax I.D. No. xx-xxx1921                               :
------------------------------------------------------------------ x
In re:                                                          :
                                                               :
The SCOOTER Store – San Antonio, LTD.,                         :    Chapter 11
a Texas limited partnership,                                   :
                                                               :    Case No. 13-____ (___)
                              Debtor.                          :
                                                               :
Employer Tax I.D. No. xx-xxx4724                               :
------------------------------------------------------------------ x
In re:                                                          :
                                                               :
The SCOOTER Store – San Diego, L.L.C.,                         :    Chapter 11
a Nevada limited liability company,                            :
                                                               :    Case No. 13-____ (___)
                              Debtor.                          :
                                                               :
Employer Tax I.D. No. xx-xxx1296                               :
------------------------------------------------------------------ x

In re:                                                     :
                                                           :
The SCOOTER Store – San Francisco, L.L.C.,                 :     Chapter 11
a Nevada limited liability company,                        :
                                                           :     Case No. 13-_____ (____)
                              Debtor.                       :
                                                           :
Employer Tax I.D. No. xx-xxx1293                           :
--------------------------------------------------------------- x
In re:                                                     :
                                                           :
The SCOOTER Store – Schenectady, L.L.C.,                   :     Chapter 11
a Nevada limited liability company,                        :
                                                           :     Case No. 13-_____ (____)
                              Debtor.                       :
                                                           :
Employer Tax I.D. No. xx-xxx9958                           :
--------------------------------------------------------------- x
In re:                                                     :
                                                           :
The SCOOTER Store – Seattle, L.L.C.,                       :     Chapter 11
a Nevada limited liability company,                        :
                                                           :     Case No. 13-_____ (____)
                              Debtor.                       :
                                                           :
Employer Tax I.D. No. xx-xxx1918                           :
--------------------------------------------------------------- x
In re:                                                     :
                                                           :
The SCOOTER Store – Shreveport, L.L.C.,                    :     Chapter 11
a Nevada limited liability company,                        :
                                                           :     Case No. 13-_____ (____)
                              Debtor.                       :
                                                           :
Employer Tax I.D. No. xx-xxx9961                           :
--------------------------------------------------------------- x
In re:                                                     :
                                                           :
The SCOOTER Store – Springfield, L.L.C.,                   :     Chapter 11
a Nevada limited liability company,                        :
                                                           :     Case No. 13-_____ (____)
                              Debtor.                       :
                                                           :
Employer Tax I.D. No. xx-xxx1834                           :
--------------------------------------------------------------- x

12

In re:                                                        :
                                                             :
The SCOOTER Store – St. Louis, L.L.C.,                       :    Chapter 11
a Nevada limited liability company,                          :
                                                             :    Case No. 13-____ (___)
                          Debtor.                            :
                                                             :
Employer Tax I.D. No. xx-xxx6975                             :
------------------------------------------------------------ x
In re:                                                        :
                                                             :
The SCOOTER Store – Toledo, L.L.C.,                          :    Chapter 11
a Nevada limited liability company,                          :
                                                             :    Case No. 13-____ (___)
                          Debtor.                            :
                                                             :
Employer Tax I.D. No. xx-xxx8681                             :
------------------------------------------------------------ x
In re:                                                        :
                                                             :
The SCOOTER Store – Tulsa, L.L.C.,                           :    Chapter 11
a Nevada limited liability company,                          :
                                                             :    Case No. 13-____ (___)
                          Debtor.                            :
                                                             :
Employer Tax I.D. No. xx-xxx6436                             :
------------------------------------------------------------ x
In re:                                                        :
                                                             :
The SCOOTER Store – West Virginia, L.L.C.,                   :    Chapter 11
a Nevada limited liability company,                          :
                                                             :    Case No. 13-____ (___)
                          Debtor.                            :
                                                             :
Employer Tax I.D. No. xx-xxx8672                             :
------------------------------------------------------------ x
In re:                                                        :
                                                             :
The SCOOTER Store – Wichita, L.L.C.,                         :    Chapter 11
a Nevada limited liability company,                          :
                                                             :    Case No. 13-____ (___)
                          Debtor.                            :
                                                             :
Employer Tax I.D. No. (N/A)                                  :
------------------------------------------------------------ x

13

In re:                                                    :
                                                          :
The SCOOTER Store – Wilkes-Barre, L.L.C.,                 :        Chapter 11
a Nevada limited liability company,                       :
                                                          :        Case No. 13-_____ (____)
                        Debtor.                           :
                                                          :
Employer Tax I.D. No. xx-xxx9962                          :
------------------------------------------------------------------ x
In re:                                                    :
                                                          :
The SCOOTER Store, Inc.,                                  :        Chapter 11
a Nevada corporation,                                     :
                                                          :        Case No. 13-_____ (____)
                        Debtor.                           :
                                                          :
Employer Tax I.D. No. xx-xxx7905                          :
------------------------------------------------------------------ x
In re:                                                    :
                                                          :
The SCOOTER Store – USA, Inc.,                            :        Chapter 11
a Nevada corporation,                                     :
                                                          :        Case No. 13-_____ (____)
                        Debtor.                           :
                                                          :
Employer Tax I.D. No. xx-xxx0608                          :
------------------------------------------------------------------ x
In re:                                                    :
                                                          :
The SCOOTER Store – Development, L.L.C.,                  :        Chapter 11
a Texas limited liability company,                        :
                                                          :        Case No. 13-_____ (____)
                        Debtor.                           :
                                                          :
Employer Tax I.D. No. xx-xxx5073                          :
------------------------------------------------------------------ x
In re:                                                    :
                                                          :
The SCOOTER Store Financial Services, L.L.C.,             :        Chapter 11
a Nevada limited liability company,                       :
                                                          :        Case No. 13-_____ (____)
                        Debtor.                           :
                                                          :
Employer Tax I.D. No. xx-xxx5481                          :
------------------------------------------------------------------ x

14

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The SCOOTER Store Aviation, L.L.C., | : | Chapter 11 |
| a Nevada limited liability company, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx7185 | : | |

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| TSS Management Company, Inc., | : | Chapter 11 |
| a Nevada corporation, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx4241 | : | |

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| TSS Investments, Inc., | : | Chapter 11 |
| a Nevada corporation, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx4242 | : | |

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| The Scooter Store, LTD., | : | Chapter 11 |
| a Texas limited partnership, | : | |
| | : | Case No. 13-____ (___) |
| Debtor. | : | |
| | : | |
| Employer Tax I.D. No. xx-xxx0039 | : | **Ref. Docket No. _____** |

---------------------------------------------------------------- x

## ORDER AUTHORIZING JOINT ADMINISTRATION
## PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1

Upon consideration of the motion (the "<u>Motion</u>")[1] of The SCOOTER Store

Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

15

01:13466794.3

(each a "Debtor," and collectively, the "Debtors") for entry of an order, pursuant to Bankruptcy

Rule 1015 and Local Rule 1015-1,  authorizing the joint administration of the Debtors' cases

under chapter 11 of the Bankruptcy Code; and upon the First Day Declaration; and it appearing

that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and

the Amended Standing Order of Reference from the United States District Court for the District

of Delaware dated as of February 29, 2012; and it appearing that the Motion is a core proceeding

pursuant to 28 U.S.C. § 157(b) and that venue of these cases and this Motion in this district is

proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion

having been given; and it appearing that no other or further notice need be provided; and it

appearing that the relief requested by this Motion is in the best interests of the Debtors' estates,

their creditors, and other parties in interest; and after due deliberation and sufficient cause

appearing therefor,

        IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

        1.      The Motion is GRANTED, as set forth herein.

        2.      The above-captioned cases are consolidated for procedural purposes only,

and shall not be a substantive consolidation of the respective estates.  These cases shall be

administered jointly under Case No. 13-_____ (___) in accordance with the provisions of

Bankruptcy Rule 1015 and Local Rule 1015-1, and the joint caption of the cases shall read as

follows:

01:13466794.3

```
------------------------------------------------------------------ x
In re:                                          :    Chapter 11
                                                :
THE SCOOTER STORE HOLDINGS, INC., *et al.*,[1]  :    Case No.  13-_____ (___)
                                                :
        Debtors.                                :    Jointly Administered
                                                :
------------------------------------------------------------------ x
```

       3.    All original pleadings shall be captioned as indicated in the preceding

decretal paragraph and all original docket entries shall be made in the case of The SCOOTER

Store Holdings, Inc., a Delaware corporation, Case No. 13-_____ (___), and a docket entry shall

be made in the other Debtors' Chapter 11 Cases substantially as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: The SCOOTER Store Holdings, Inc. (7246); The SCOOTER Store – Albuquerque, L.L.C. (3265); The SCOOTER Store – Atlanta, L.L.C. (9883); The SCOOTER Store – Austin, LTD. (4716); The SCOOTER Store – Baltimore, L.L.C. (9884); The SCOOTER Store – Baton Rouge, L.L.C. (9886); The SCOOTER Store – Birmingham, L.L.C. (9887); The SCOOTER Store – Boca Raton, L.L.C. (9889); The SCOOTER Store – Boston, L.L.C. (9893); The SCOOTER Store – Charleston, L.L.C. (9894); The SCOOTER Store – Charlotte, L.L.C. (9902); The SCOOTER Store – Chicago, L.L.C. (2368); The SCOOTER Store – Concord, L.L.C. (9906); The SCOOTER Store – Dallas, LTD. (4717); The SCOOTER Store – Dayton, L.L.C. (8678); The SCOOTER Store – Denver, L.L.C. (9909); The SCOOTER Store – Des Moines, L.L.C. (1260); The SCOOTER Store – Detroit, L.L.C. (2358); The SCOOTER Store – Grand Rapids, L.L.C. (1291); The SCOOTER Store – Green Bay, L.L.C. (1832); The SCOOTER Store – Greenville, L.L.C. (9911); The SCOOTER Store – Hartford, L.L.C. (9912); The SCOOTER Store – Houston, LTD. (4718); The SCOOTER Store – Indianapolis, L.L.C. (8684); The SCOOTER Store – Jackson, L.L.C. (9914); The SCOOTER Store – Jacksonville, L.L.C. (9916); The SCOOTER Store – Kansas City, L.L.C. (8655); The SCOOTER Store – Knoxville, L.L.C. (9921); The SCOOTER Store – Las Vegas, L.L.C. (0038); The SCOOTER Store – Levittown, L.L.C. (9926); The SCOOTER Store – Lincoln, L.L.C. (N/A); The SCOOTER Store – Little Rock, L.L.C. (6425); The SCOOTER Store – Los Angeles, L.L.C. (1294); The SCOOTER Store – Louisville, L.L.C. (9930); The SCOOTER Store – Lubbock, LTD. (4720); The SCOOTER Store – Madison, L.L.C. (1829); The SCOOTER Store – Minneapolis, L.L.C. (9932); The SCOOTER Store – Mobile, L.L.C. (1466); The SCOOTER Store – Nashville, L.L.C. (9939); The SCOOTER Store – Oklahoma City, L.L.C. (6430); The SCOOTER Store – Orlando, L.L.C. (9943); The SCOOTER Store – Paterson, L.L.C. (9949); The SCOOTER Store – Philadelphia, L.L.C. (9945); The SCOOTER Store – Phoenix, L.L.C. (9950); The SCOOTER Store – Pittsburgh, L.L.C. (9952); The SCOOTER Store – Portland, L.L.C. (1922); The SCOOTER Store – Raleigh Durham, L.L.C. (6134); The SCOOTER Store – Richmond, L.L.C. (8676); The SCOOTER Store – Rochester, L.L.C. (9954); The SCOOTER Store – Sacramento, L.L.C. (1298); The SCOOTER Store – Salt Lake City, L.L.C. (1921); The SCOOTER Store – San Antonio, LTD. (4724); The SCOOTER Store – San Diego, L.L.C. (1296); The SCOOTER Store – San Francisco, L.L.C. (1293); The SCOOTER Store – Schenectady, L.L.C. (9958); The SCOOTER Store – Seattle, L.L.C. (1918); The SCOOTER Store – Shreveport, L.L.C. (9961); The SCOOTER Store – Springfield, L.L.C. (1834); The SCOOTER Store – St. Louis, L.L.C. (6975); The SCOOTER Store – Toledo, L.L.C. (8681); The SCOOTER Store – Tulsa, L.L.C. (6436); The SCOOTER Store – West Virginia, L.L.C. (8672); The SCOOTER Store – Wichita, L.L.C. (N/A); The SCOOTER Store – Wilkes-Barre, L.L.C. (9962); The SCOOTER Store, Inc. (7905); The SCOOTER Store – USA, Inc. (0608); The SCOOTER Store – Development, L.L.C. (5073); The SCOOTER Store Financial Services, L.L.C. (5481); The SCOOTER Store Aviation, L.L.C. (7185); TSS Management Company, Inc. (4241); TSS Investments, Inc. (4242); and The Scooter Store, LTD. (0039).  The Debtors' mailing address is 1650 Independence Drive, New Braunfels, Texas 78132.

17

An order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of The SCOOTER Store Holdings, Inc.; The SCOOTER Store – Albuquerque, L.L.C.; The SCOOTER Store – Atlanta, L.L.C.; The SCOOTER Store – Austin, LTD.; The SCOOTER Store – Baltimore, L.L.C.; The SCOOTER Store – Baton Rouge, L.L.C.;  The SCOOTER Store – Birmingham, L.L.C.; The SCOOTER Store – Boca Raton, L.L.C.; The SCOOTER Store – Boston, L.L.C.; The SCOOTER Store – Charleston, L.L.C.; The SCOOTER Store – Charlotte, L.L.C.; The SCOOTER Store – Chicago, L.L.C.; The SCOOTER Store – Concord, L.L.C.; The SCOOTER Store – Dallas, LTD. (4717); The SCOOTER Store – Dayton, L.L.C.; The SCOOTER Store – Denver, L.L.C.; The SCOOTER Store – Des Moines, L.L.C.; The SCOOTER Store – Detroit, L.L.C.; The SCOOTER Store – Grand Rapids, L.L.C.; The SCOOTER Store – Green Bay, L.L.C.; The SCOOTER Store – Greenville, L.L.C.; The SCOOTER Store – Hartford, L.L.C.; The SCOOTER Store – Houston, LTD.; The SCOOTER Store – Indianapolis, L.L.C.; The SCOOTER Store – Jackson, L.L.C.; The SCOOTER Store – Jacksonville, L.L.C.; The SCOOTER Store – Kansas City, L.L.C.; The SCOOTER Store – Knoxville, L.L.C.; The SCOOTER Store – Las Vegas, L.L.C.; The SCOOTER Store – Levittown, L.L.C.; The SCOOTER Store – Lincoln, L.L.C.; The SCOOTER Store – Little Rock, L.L.C.; The SCOOTER Store – Los Angeles, L.L.C.; The SCOOTER Store – Louisville, L.L.C.; The SCOOTER Store – Lubbock, LTD.; The SCOOTER Store – Madison, L.L.C.; The SCOOTER Store – Minneapolis, L.L.C.; The SCOOTER Store – Mobile, L.L.C.; The SCOOTER Store – Nashville, L.L.C.; The SCOOTER Store – Oklahoma City, L.L.C.; The SCOOTER Store – Orlando, L.L.C.; The SCOOTER Store – Paterson, L.L.C.; The SCOOTER Store – Philadelphia, L.L.C.; The SCOOTER Store – Phoenix, L.L.C.; The SCOOTER Store – Pittsburgh, L.L.C.; The SCOOTER Store – Portland, L.L.C.; The SCOOTER Store – Raleigh Durham, L.L.C.; The SCOOTER Store – Richmond, L.L.C.; The SCOOTER Store – Rochester, L.L.C.; The SCOOTER Store – Sacramento, L.L.C.; The SCOOTER Store – Salt Lake City, L.L.C.; The SCOOTER Store – San Antonio, LTD.; The SCOOTER Store – San Diego, L.L.C.; The SCOOTER Store – San Francisco, L.L.C.; The SCOOTER Store – Schenectady, L.L.C.; The SCOOTER Store – Seattle, L.L.C.; The SCOOTER Store – Shreveport, L.L.C.; The SCOOTER Store – Springfield, L.L.C.; The SCOOTER Store – St. Louis, L.L.C.; The SCOOTER Store – Toledo, L.L.C.; The SCOOTER Store – Tulsa, L.L.C.; The SCOOTER Store – West Virginia, L.L.C.; The SCOOTER Store – Wichita, L.L.C.; The

18

SCOOTER Store – Wilkes-Barre, L.L.C.; The SCOOTER Store, Inc.; The SCOOTER Store – USA, Inc.; The SCOOTER Store – Development, L.L.C.; The SCOOTER Store Financial Services, L.L.C.; The SCOOTER Store Aviation, L.L.C.; TSS Management Company, Inc.; TSS Investments, Inc.; and The Scooter Store, LTD.  The docket in the chapter 11 case of The SCOOTER Store Holdings, Inc., Case No. 13-_____ (___), should be consulted for all matters affecting this case.

4.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: April ___, 2013
       Wilmington, Delaware

_____

United States Bankruptcy Judge

19