IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re: : Chapter 11
:
THE SCOOTER STORE HOLDINGS, INC., et al.,[1] : Case No. 13-10904 (PJW)
:
Debtors. : Jointly Administered
:
: Docket Ref. No. 639
:
---------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING ORDER: (I) APPROVING THE AGREEMENT FOR THE PRIVATE SALE OF CERTAIN OF THE DEBTORS' REMAINING ASSETS; (II) APPROVING THE PRIVATE SALE OF SUCH ASSETS; AND (III) AUTHORIZING RELATED RELIEF

The undersigned hereby certifies as follows:

1. On April 15, 2013, the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced these chapter 11 cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: The SCOOTER Store Holdings, Inc. (7246); The SCOOTER Store – Albuquerque, L.L.C. (3265); The SCOOTER Store – Atlanta, L.L.C. (9883); The SCOOTER Store–Austin, LTD. (4716); The SCOOTER Store – Baltimore, L.L.C. (9884); The SCOOTER Store – Baton Rouge, L.L.C. (9886); The SCOOTER Store – Birmingham, L.L.C. (9887); The SCOOTER Store– Boca Raton, L.L.C. (9889); The SCOOTER Store – Boston, L.L.C. (9893); The SCOOTER Store – Charleston, L.L.C. (9894); The SCOOTER Store – Charlotte, L.L.C. (9902); The SCOOTER Store–Chicago, L.L.C. (2368); The SCOOTER Store – Concord, L.L.C. (9906); The SCOOTER Store–Dallas, LTD. (4717); The SCOOTER Store – Dayton, L.L.C. (8678); The SCOOTER Store – Denver, L.L.C. (9909); The SCOOTER Store – Des Moines, L.L.C. (1260); The SCOOTER Store–Detroit, L.L.C. (2358); The SCOOTER Store–Grand Rapids, L.L.C. (1291); The SCOOTER Store – Green Bay, L.L.C. (1832); The SCOOTER Store – Greenville, L.L.C. (9911); The SCOOTER Store – Hartford, L.L.C. (9912); The SCOOTER Store–Houston, LTD. (4718); The SCOOTER Store – Indianapolis, L.L.C. (8684); The SCOOTER Store – Jackson, L.L.C. (9914); The SCOOTER Store – Jacksonville, L.L.C. (9916); The SCOOTER Store – Kansas City, L.L.C. (8655); The SCOOTER Store – Knoxville, L.L.C. (9921); The SCOOTER Store – Las Vegas, L.L.C. (0038); The SCOOTER Store – Levittown, L.L.C. (9926); The SCOOTER Store – Lincoln, L.L.C. (N/A); The SCOOTER Store – Little Rock, L.L.C. (6425); The SCOOTER Store – Los Angeles, L.L.C. (1294); The SCOOTER Store – Louisville, L.L.C. (9930); The SCOOTER Store–Lubbock, LTD. (4720); The SCOOTER Store– Madison, L.L.C. (1829); The SCOOTER Store – Minneapolis, L.L.C. (9932); The SCOOTER Store – Mobile, L.L.C. (1466); The SCOOTER Store – Nashville, L.L.C. (9939); The SCOOTER Store – Oklahoma City, L.L.C. (6430); The SCOOTER Store – Orlando, L.L.C. (9943); The SCOOTER Store – Paterson, L.L.C. (9949); The SCOOTER Store – Philadelphia, L.L.C. (9945); The SCOOTER Store – Phoenix, L.L.C. (9950); The SCOOTER Store – Pittsburgh, L.L.C. (9952); The SCOOTER Store – Portland, L.L.C. (1922); The SCOOTER Store–Raleigh Durham, L.L.C. (6134); The SCOOTER Store – Richmond, L.L.C. (8676); The SCOOTER Store – Rochester, L.L.C. (9954); The SCOOTER Store – Sacramento, L.L.C. (1298); The SCOOTER Store – Salt Lake City, L.L.C. (1921); The SCOOTER Store–San Antonio, LTD. (4724); The SCOOTER Store – San Diego, L.L.C. (1296); The SCOOTER Store – San Francisco, L.L.C. (1293); The SCOOTER Store – Schenectady, L.L.C. (9958); The SCOOTER Store – Seattle, L.L.C. (1918); The SCOOTER Store – Shreveport, L.L.C. (9961); The SCOOTER Store–Springfield, L.L.C. (1834); The SCOOTER Store – St. Louis, L.L.C. (6975); The SCOOTER Store–Toledo, L.L.C. (8681); The SCOOTER Store – Tulsa, L.L.C. (6436); The SCOOTER Store – West Virginia, L.L.C. (8672); The SCOOTER Store – Wichita, L.L.C. (N/A); The SCOOTER Store – Wilkes-Barre, L.L.C. (9962); The SCOOTER Store, Inc. (7905); The SCOOTER Store–USA, Inc. (0608); The SCOOTER Store – Development, L.L.C. (5073); The SCOOTER Store Financial Services, L.L.C. (5481); The SCOOTER Store Aviation, L.L.C. (7185); TSS Management Company, Inc. (4241); TSS Investments, Inc. (4242); and The Scooter Store, LTD. (0039). The Debtors' mailing address is 1650 Independence Drive, New Braunfels, Texas 78132.

2. On October 10, 2013, the Debtors filed the *Debtors' Motion for an Order (i) Approving the Agreement for the Private Sale of Certain of the Debtors' Remaining Assets; (ii) Approving the Private Sale of Such Assets; and (iii) Authorizing Related Relief* [Docket No. 639] (the "Motion"). The deadline to object to the relief requested in the Motion was October 22, 2013 at NOON (ET) (the "Objection Deadline").

3. Objections to the relief requested in the Motion were filed by Spring Branch Independent School District and Lubbock County Appraisal Districts [Docket No. 650] and Henrico County, Virginia [Docket No. 671]. In addition, the Debtors received informal comments with respect to the original proposed form of Order (the "Original Order") filed with the Motion from: the Office of the United States Trustee; Harris, El Paso, Nueces, and Dallas County, Texas; Orange County Tax Collector and Palm Beach Tax Collector; and Carrollton-Farmers Branch Independent School District. The Debtors have not received any other formal or informal responses to the Motion.

4. Attached hereto as Exhibit A is a revised proposed form of order approving the Motion (the "Revised Order"). The Revised Order reflects revisions made to the Original Order in response to the filed objections and informal comments. The responding parties have reviewed the Revised Order, and do not oppose its entry. For the convenience of the Court and parties in interest, attached hereto as Exhibit B is a blackline comparing the Revised Order with the Original Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order attached hereto as <u>Exhibit A</u> at the earliest convenience of the Court without further notice or hearing.

Dated: October 22, 2013
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

MORGAN, LEWIS & BOCKIUS LLP
Neil E. Herman
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel to the Debtors and Debtors in Possession*