## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

July 24, 2014

Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**Re: The Scooter Store Holdings, Inc., et al.
Case No. 13-10904(PJW)**

Dear Counsel:

Enclosed is a copy of a letter from John H. Lee, a former employee of the Scooter Store. So far as I know, there is nothing in the record of this Chapter case that can be accessed to give Mr. Lee a response. I would hope that you, as counsel to the Debtor, can obtain information in response to his inquiries. His letter has been docketed (Doc. # 995) and I am hereby requesting that your response to him also be docketed.

Very truly yours,

Peter J. Walsh

PJW:ipm

Enc.

cc: John H. Lee (w/o enclosure)

RECEIVED
JUL 08 2014
JUDGE WALSH

John H. Lee
220 Deertrail
San Marcos, TX 78666
830-481-9623
john@alazyranch.com


Judge Peter J. Walsh
The Scooter Store Holdings Inc.
Case # 13-10904
824 North Market Street
6th Floor
Wilmington, DE 19801
302-252-2925
http://www.deb.uscourts.gov/

Judge Walsh,

I am a former employee of The Scooter Store and I am part of the Employee Stock Ownership Plan (ESOP). I have several concerns as you have announced your retirement and as new people take over this case it will be much longer to address the disbursement of the ESOP account.
- Who is representing the ESOP account members?
- Who is overseeing the ESOP account?
- Who now controls the ESOP account?
- Has anyone requested the account to be disbursed?

I understand but am not entirely sure the account is managed by First Bankers Trust. One concern is the accountability of the management of the account and that the account is not generating more in fees and expense than the investment income. How and who would be the contacts to seek to disburse the ESOP account.

Thank you very much for your time.
John Lee

*[signed] John H. Lee*