# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | THE SCOOTER STORE HOLDINGS, INC. | | |
| **Case Number:** | 13-10904-LSS | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 01, 2015 10:00 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | AL LUGANO | | |

### *Matter:*

Motion to Dismiss Case

**R / M #:**   1,263 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Motion granted - Revised Order signed